APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE:
Pursuant to Administrative Rule 13, the cases listed on Appendix A, attached hereto and incorporated herein for all purposes, and tag-along cases if any, are transferred to Judge Tracy Christopher of the 295th District Court of Harris County.
Justice CASTILLO not sitting.
 APPENDIX A Amended Appendix A, Part I and II
This amended appendix contains the statutory information regarding cases requested for transfer. For ease of reference, the amended Appendix consists of two parts. Part I identifies Cause Number, Style, Court, Plaintiffs and Plaintiffs' Counsel. Part II identifies defendants, the cases in which they are a party and their counsel.
 Part I
 Cause
No. Number Style Court Plaintiffs Plaintiffs' Counsel
1 2003-126205-A Jose Aguilar, et al. 107th Jose Aguilar; Bruce W. Steckler
 v. Air Liquide District Ruben Barrera; Christopher G. Brady
 America L.P., Court of Rogelio Casados; Silber Pearlman, L.L.P.
 Individually and as Cameron Ismael S. Garcia; 2711 N. Haskell Avenue
 successor in interest County, TX Saturnino Perez; Cityplace 5th Floor L.B. 32
 and by merger Pablo A. Ramos; Dallas, TX 75204
 to Big Three Roberto C. 214-871-7000 (phone)
 Industries Inc., et al. Renteria; Rafael 214-824-8100 (fax)
 Sanchez; Israel
 Soto; Jose H.
 Suarez; and
 Rogelio Del Toro
2 31074 Howard Allen, Jr., 71st District Howard Allen, Nelson J. Roach
 et al. v. ABCO Court of Jr.; Jovaline njroach@nixlawfirm.com
 Industries, a Harrison Allen; Ricky Alexandra V. Boone
 subsidiary of Peerless County, TX Dunaway; Gary avboone@nixlawfirm.com
 Manufacturing, Fadoul; Max Keith L. Langston
 et al. Haskins; Dee klangston@nixlawfirm.com
 Haskins; P.C. R. Brandon Moore
 Howeth and bmoore@nixlawfirm.com
 Mary Howeth Nix, Patterson Roach L.L.P.
 205 Linda Drive
 Daingerfield, TX 75638
 903-645-7333 (phone)
 903-645-4415 (fax)
3 GN30-4852 Casimiro Alvarez, 345th Casimiro Bruce W. Steckler
 et al. v. Air Liquide District Alvarez; Jesus Christopher G. Brady
 America L.P., Court of Costilla; Pedro Silber Pearlman, L.L.P.
 Individually and as Travis Delacruz; Enrique 2711 N. Haskell Avenue
 successor in interest County, TX Flores; Cityplace 5th Floor L.B. 32
 and by merger Jesus Flores; Dallas, TX 75204
 to Big Three Industries Martin Flores; 214-871-7000 (phone)
 Inc., et al. Arturo Gallegos; 214-824-8100 (fax)
 Rudolph Grunwald;
 Ricardo
 Hernandez, Jr.;
 Arnulfo Martinez;
 Refugio
 *Page 515 

 Rea and Lorenzo
 Trujillo
4 04C0107-102 Harvey Edward 102nd Harvey Edward David D. Parron
 Arnold, et al. v. Air District Arnold; Hermon d-parron@sbcglobal.net
 Liquide America Court of Harvey Arnold; The Parron Firm
 L.P., Individually Bowie Mack Ray Eason, 404 E. First Street
 and as successor in County, TX Jr.; Kenneth Arlington, TX 76010
 interest and by W. Houff; Curtis 817-459-4459 (phone)
 merger to Big Jones; James E. 817-459-0067 (fax)
 Three Industries Moore; Floyd H.
 Inc., et al. Rodgers and Otis
 Cheatham
5 04C-013-4242 Robert Austin, et 202nd Robert L. Austin; David D. Parron
 al. v. Air Liquide District Norris G. d-parron@sbcglobal.net
 America L.P., Court of Howley; Jimmy The Parron Firm
 Individually and as Bowie T. Patterson; 404 E. First Street
 successor in interest County, TX Charles B. Pree Arlington, TX 76010
 and by merger and Otis D. 817-459-4459 (phone)
 to Big Three Industries Williams 817-459-0067 (fax)
 Inc., et al.
6 GN30-4860 Jessie Balinski, et 261st Jessie Balinski; Bruce W. Steckler
 al. v. Air Liquide District David L. Burks; Christopher G. Brady
 America L.P., Court of Ollie Denmark; Silber Pearlman, L.L.P.
 Individually and as Travis Fred Estrada; 2711 N. Haskell Avenue
 successor in interest County, TX Alberto M. Hinojosa; Cityplace 5th Floor L.B. 32
 and by merger Anthony W. Dallas, TX 75204
 to Big Three Jackson; Raymond 214-871-7000 (phone)
 Industries Inc., Johnson; 214-824-8100 (fax)
 et al. Abel Lopez;
 Jose Medina;
 Refugio Rodriguez;
 Marvin C.
 Stange and Jack
 Wininger
7 04C0108-202 Homer Batchelor, 202nd Homer David D. Parron
 et al. v. Air Liquide District Batchelor; Johnny d-parron@sbcglobal.net
 America L.P., Court of W. Blair; The Parron Firm
 Individually and as Bowie Delbert Blundell; 404 E. First Street
 successor in interest County, TX Raymond H. Arlington, TX 76010
 and by merger Butterfield; Richard 817-459-4459 (phone)
 to Big Three F. Capson; 817-459-0067 (fax)
 Industries Inc., Chester Harrington
 et al. and John T.
 Hillis
8 2003-5568 Luis Bellman, et al. In the 210th Luis Bellman; Bruce W. Steckler
 v. Air Liquide Judicial Gilbert A. Avila; Christopher G. Brady
 America L.P., District Pedro Flores; Silber Pearlman, L.L.P.
 Individually and as Court of El Antonio Gomez; 2711 N. Haskell Avenue
 successor in interest Paso Manuel G. Gonzales; Cityplace 5th Floor L.B. 32
 and by merger County, TX Efren Dallas, TX 75204
 to Big Three Industries Martinez; Ignacio 214-871-7000 (phone)
 Inc., et al. Munoz; Michael 214-824-8100 (fax)
 W. Partington;
 Richard G.
 Rey; Raul Velarde
 and Luis
 Velasquez
9 B-116623 Jerry M. Box v. In the 161st Jerry M. Box Lance P. Bradley
 Clemco Industries, Judicial lbradley@mc-law.net
 et al. District McPherson, Monk, Hughes,
 Court of Bradley, Wimberley Steele,
 Ector L.L.P.
 County, TX 3120 Central Mall Dr.
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
10 031160606D Esmeregildo Castillo In the 377th Esmeregildo Russell C. Brown
 v. Aearo Compa- Judicial Castillo rb@wellbornhouston.com
 *Page 516 

 ny, f/k/a Cabot District Wellborn, Houston, Adkison,
 Safety Corporation Court of Mann, Sadler Hill
 et al. Victoria P.O. Box 1109
 County, TX Henderson, TX 75653-1109
 903-657-8544 (phone)
 903-657-7227 (fax)
11 04C0112-005 Henry Etta Childs, 5th District Henry Etta David D. Parron
 et al. v. Air Liquide Court of Childs; Darrell d-parron@sbcglobal.net
 America L.P., Indi- Bowie Bowie B. Dillard; The Parron Firm
 vidually and as County, TX Jonathan C. Gil- 404 E. First Street
 successor in inter- bert; Guadalupe Arlington, TX 76010
 est and by merger C. Serna and 817-459-4459 (phone)
 to Big Three Indus- William T. Terral 817-459-0067 (fax)
 tries Inc., et al.
12 03-CV-1864 Delvieta Cotton, et In the 405th Delvieta Cotton; Bruce W. Steckler
 al. v. Air Liquide Judicial Edgar L. Christopher G. Brady
 America L.P., Indi- District Brooks; Early Silber Pearlman, L.L.P.
 vidually and as Court of Carpenter; Juan 2711 N. Haskell Avenue
 successor in inter- Galveston C. Cossio Pedro Cityplace 5th Floor L.B. 32
 est and by merger County, TX Cuello; Nicholas Dallas, TX 75204
 to Big Three Indus- Dillingham; Mi- 214-871-7000 (phone)
 tries Inc., et al. chael Dunn; 214-824-8100 (fax)
 Larry W. Gam-
 ble; Lawyer
 Harrison; Ray-
 naldo Montema-
 yor and Clarence
 L. Wood
13 GN30-4853 John Cunningham, 353rd John Cunning- Bruce W. Steckler
 et al. v. Air Liquide District ham; Alton Car- Christopher G. Brady
 America L.P., Indi- Court of ter; Samuel Cha- Silber Pearlman, L.L.P.
 vidually and as Travis vez; Hosea 2711 N. Haskell Avenue
 successor in inter- County, TX Christopher; Cityplace 5th Floor L.B. 32
 est and by merger Lewis Collins; Dallas, TX 75204
 to Big Three Indus- Arthur Davis; 214-871-7000 (phone)
 tries Inc., et al. Robert Ekenrod; 214-824-8100 (fax)
 and Jerry Foster
14 04-C-0121102 Carol Gene Dab- 102nd Carol Gene Dab- David D. Parron
 ney, et al. v. Air District ney; Benjamin D. d-parron@sbcglobal.net
 Liquide America Court of Fields, Sr.; Hillis The Parron Firm
 L.P., Individually Bowie Holden; Lenard 404 E. First Street
 and as successor in County, TX Hughey; Elmer Arlington, TX 76010
 interest and by Jamison; Ronnie 817-459-4459 (phone)
 merger to Big Lee Johnson and 817-459-0067 (fax)
 Three Industries Billy Richardson
 Inc., et al.
15 GN304859 Stephen Darnell, et 250th Stephen Darnell, Bruce W. Steckler
 al. v. Air Liquide District Sr.; Alfred Christopher G. Brady
 America L.P., Indi- Court of Brooks; Law- Silber Pearlman, L.L.P.
 vidually and as Travis rence Dirden; 2711 N. Haskell Avenue
 successor in inter- County, TX Mose s Fontenot, Cityplace 5th Floor L.B. 32
 est and by merger Jr.; Thomas L. Dallas, TX 75204
 to Big Three Indus- Jones; Cecil 214-871-7000 (phone)
 tries Inc., et al. Roberts; Charles 214-824-8100 (fax)
 Sinnette; Donald
 Thompson and
 Herbert Turner
16 031160591A Gordan L. DeLoach In the 24th Gordon L. De- Russell C. Brown
 and Mary DeLoach Judicial Loach and Mary rb@wellbornhouston.com
 v. Aearo Company District DeLoach Wellborn, Houston, Adkison,
 f/k/a Cabot Safety Court of Mann, Sadler Hill
 Corporation, et al. Victoria P.O. Box 1109
 County, TX Henderson, TX 75653-1109
 903-657-8544 (phone)
 903-657-7227 (fax)
17 03-12810 Roy Escareno, et In the 298th Roy Escareno; Joseph F. Bruegger
 al. v. Air Liquide Judicial Scottie Wor- P. Michael McCullough, Jr.
 America Corpora- District thington; Charles Bruegger McCullough, P.C.
 *Page 517 

 tion, et al. Court of D. Cupp; Em- 9400 North Central Expressway,
 Dallas mitt Davis; Ran- Suite 1305, LB 171
 County, TX ford D. Denoon; Dallas, TX 75231
 Jose Gaytan Mu- 214-365-9000 (phone)
 noz; Israel Na- 241-365-9003 (fax)
 varro; Mario Al-
 berto Rodriquez;
 James Ross;
 James W. Shella-
 barger and Ray
 J. Williams
18 27126 Warren Foley, Jr., 239th Warren Foley, Bruce W. Steckler
 et al. v. Air Liquide District Jr.; Paul Chiz- Christopher G. Brady
 America L.P., Indi- Court of er; Charles Cor- Silber Pearlman, L.L.P.
 vidually and as Brazoria sentino; Keith 2711 N. Haskell Avenue
 successor in inter- County, TX Herzogenrath; Cityplace 5th Floor L.B. 32
 est and by merger Mallory James; Dallas, TX 75204
 to Big Three Indus- Wilford James; 214-871-7000 (phone)
 tries Inc., et al. Thomas Scott; 214-824-8100 (fax)
 Hillard Town-
 send, Sr. and
 Fred Wielder
19 27080 Chester Gilliam, et 149th Chester Gilliam; Bruce W. Steckler
 al. v. Air Liquide District Leo Brock; Lar- Christopher G. Brady
 America L.P., Indi- Court of ry Cunningham; Silber Pearlman, L.L.P.
 vidually and as Brazoria Robert Curtis; 2711 N. Haskell Avenue
 successor in inter- County, TX Phillip Diaz; Cityplace 5th Floor L.B. 32
 est and by merger Raymond Estes; Dallas, TX 75204
 to Big Three Indus- Joe Gelleland; 214-871-7000 (phone)
 tries Inc., et al. Ellis Greener; 214-824-8100 (fax)
 Carl Smith and
 Rober Schuck
20 2003-5567 Refugio Gutierrez, In the 168th Refugio Gutier- Bruce W. Steckler
 et al. v. Air Liquide Judicial rez; Raul Ar- Christopher G. Brady
 America L.P., Indi- District chuleta; Dennis Silber Pearlman, L.L.P.
 vidually and as Court of El Bell; Carlos Cor- 2711 N. Haskell Avenue
 successor in inter- Paso ral; Eleno Diaz; Cityplace 5th Floor L.B. 32
 est and by merger County, TX Lorenzo G. Enri- Dallas, TX 75204
 to Big Three Indus- quez; Pablo R. 214-871-7000 (phone)
 tries Inc., et al. Garcia; Enrique 214-824-8100 (fax)
 Jacquez; Antonio
 Martinez; Rober-
 to Nanez and
 Eduardo T. Ra-
 mirez
21 CC-03-15544-C Thomas P. Hale, County Thomas P. Hale, Bruce W. Steckler
 Jr., et al. v. Air Court # 3 Jr.; Gabriel F. Christopher G. Brady
 Liquide America of Dallas, Gonzales; Ricky Silber Pearlman, L.L.P.
 L.P., Individually TX Hennigan; Cleo- 2711 N. Haskell Avenue
 and as successor in nard Jones; Lino Cityplace 5th Floor L.B. 32
 interest and by Lopez; John P. Dallas, TX 75204
 merger to Big McDaniel; John- 214-871-7000 (phone)
 Three Industries ny Robinson and 214-824-8100 (fax)
 Inc., et al. Jose I. Morales
22 B-172176 Lewis Thomas In the 60th Lewis Thomas Barry L. Bobbitt
 Hammock, Sr., and Judicial Hammock, Sr., Bobbitt Law Firm, P.C.
 Ruby Hammock v. District and Ruby Ham- 6060 N. Central Expwy,
 Aearo Company Court of mock Suite 320
 f/k/a Cabot Safety Jefferson Dallas, TX 75206
 Corporation, et al. County, TX 241-361-4242 (phone)
 241-361-4248 (fax)
23 C-116624 Melvin Jones v. In the 244th Melvin Jones Lance P. Bradley
 Oglebay Norton In- Judicial lbradley@mc-law.net
 ustrial Sands, Inc., District McPherson, Monk, Hughes,
 et al. Court of Bradley, Wimberley Steele,
 Ector L.L.P.
 County, TX 3120 Central Mall Dr.
 Port Arthur, TX 77642
 *Page 518 

 409-724-6644 (phone)
 409-724-7585 (fax)
 Robert E. White
 Bobwhitel@cableone.net
 Childs, Bishop White
 310 N. Lincoln
 Odessa, TX 79761
 915-337-5421 (phone)
24 GN304856 Richard Nichols, et 126th Richard Nichols; Bruce W. Steckler
 al. v. Air Liquide District Oscar C. Cienfuegos; Christopher G. Brady
 America L.P., Indi Court of Floyd Silber Pearlman, L.L.P.
 vidually and as Travis Green; Bobby 2711 N. Haskell Avenue
 successor in interest County, TX Gwin; Billy Husemann; Cityplace 5th Floor L.B. 32
 and by merger Donald Dallas, TX 75204
 to Big Three Industries R. Eubanks; 214-871-7000 (phone)
 Inc., et al. Thomas E. Jackson; 214-824-8100 (fax)
 Benjamin P.
 Jimenez; Richard
 L. Johnson; Burrel
 Jones, Jr.;
 Edgar Lentz and
 Roel Vela
25 2004-03-1307-A Miguel Noyola v. 107th Miguel Noyola Lance P. Bradley
 American Optical Judicial lbradley@mc-law.net
 Corporation, et al. District McPherson, Monk, Hughes,
 Court of Bradley, Wimberley Steele,
 Cameron L.L.P.
 County, TX 3120 Central Mall Dr.
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
 Dana Allison
 The Allison Law Firm
 855 East Harrison
 Brownsville, TX
 78520 956-541-8338 (phone)
 956-541-2535 (fax)
26 0307673000E Augustine Ortiz, et In the 148th Augustine Ortiz; Bruce W. Steckler
 al. v. Air Liquide Judicial Eliseo Alvarez; Christopher G. Brady
 America L.P., Indi- District Trinidad Estrada; Silber Pearlman, L.L.P.
 vidually and as Court of Frank Garcia; 2711 N. Haskell Avenue
 successor in interest Nueces Juan Hinojosa; Cityplace 5th Floor L.B. 32
 and by merger County, TX Israel Leiba; Dallas, TX 75204
 to Big Three Industries Fred Alberto 214-871-7000 (phone)
 Inc., et al. Reyna; Jesus Rosas 214-824-8100 (fax)
 and Jose
 Soto
27 GN30-4855 Franklin L. Petry, In the 97th Franklin L. Petry; Bruce W. Steckler
 et al. v. Air Liquide Judicial Emilio R. Christopher G. Brady
 America L.P., Indi- District Alaniz; Bearl D. Silber Pearlman, L.L.P.
 vidually and as Court of Brown; Joseph 2711 N. Haskell Avenue
 successor in interest Travis T. Harris, Jr.; Cityplace 5th Floor L.B. 32
 and by merger County, TX Henry Horton; Dallas, TX 75204
 to Big Three Industries Vidal Molina; 214-871-7000 (phone)
 Inc., et al. Grady L. Sizemore; 214-824-8100 (fax)
 Verie J.
 Thraikill and
 Emilio Zamora,
 III
28 27081 Robert Shaw, et al. 149th Robert M. Shaw; Bruce W. Steckler
 v. Air Liquide District Jesus Z. Adame; Christopher G. Brady
 America L.P., Indi- Court of Jose C. Baladez; Silber Pearlman, L.L.P.
 vidually and as Brazoria Frank W. 2711 N. Haskell Avenue
 successor in interest County, TX Black; Clarence Cityplace 5th Floor L.B. 32
 and by merger W. Brown, Jr.; Dallas, TX 75204
 to Big Three Industries Jerry W. Dunnahow; 214-871-7000 (phone)
 Inc., et al. Zaragosa F. 214-824-8100 (fax)
 *Page 519 

 Garcia; Franklin
 K. Kucera; Louis
 Lara; Joe A.
 Mack; Raymond
 Olivas; Luis C.
 Ramos; Louis
 Robinson and
 Larry Ray
 Woodard, Sr.
29 D-172,453 William Standish, In the 136th William Standish; Jason L. Cansler
 et al. v. Pulmosan Judicial Tommy Baker; Jason@bcoonlaw.com
 Safety Equipment District Qulice Benoit; Brent Coon Associates
 Corporation, et al. Court of Anthony Dumas; 3550 Fannin Street
 Jefferson Louis Guerrero; Beaumont, TX 77701
 County, TX Edgar Hall; William 409-835-2666 (phone)
 Mitchell; 409-833-4483 (fax)
 Johnny Phelps;
 Felix Wiley and
 James G.
 Williams
30 E172020 John C. Troquille v. In the John C. Troquille Lance P. Bradley
 American Optical 172nd lbradley@mc-law.net
 Corporation, et al. Judicial McPherson, Monk, Hughes,
 District Bradley, Wimberley Steele,
 Court of L.L.P.
 Jefferson 3120 Central Mall Dr.
 County, TX Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
31 GN30-4854 James C. Wilkinson, 53rd James C. Wilkinson; Bruce W. Steckler
 et al. v. Air District James B. Christopher G. Brady
 Liquide America Court of Byrd; Jesse J. Silber Pearlman, L.L.P.
 L.P., Individually Travis Clay; Joe Deases; 2711 N. Haskell Avenue
 and as successor in County, TX Tomas Garcia; Cityplace 5th Floor L.B. 32
 interest and by Maurice Hatter; Dallas, TX 75204
 merger to Big Garland 214-871-7000 (phone)
 Three Industries Menifee, Jr.; 214-824-8100 (fax)
 Inc., et al. Manuel Paz and
 Vivian Pizana
32 03-12973 Illya S. Wingfield, In the 298th Illya Shun Wingfield; Joseph F. Bruegger
 et al. v. Air Liquide Judicial Roderick P. Michael McCullough, Jr.
 America Corporation, District Adams Claudette Bruegger McCullough, P.C.
 et al. Court of Arps; James 9400 North Central Expressway,
 Dallas Bell; Odell Garner; Suite 1305, LB 171
 County, TX Tommy Lee Dallas, TX 75231
 Harris; Antonio 214-365-9000 (phone)
 L. Johnson, Sr.; 241-365-9003 (fax)
 Jerry White and
 Bobby Williamson
33 22080 Lawrence Lee In the 25th Lawrence Lee Russell C. Brown
 Wright v. Aearo Judicial Wright rb@wellbornhouston.com
 Company f/k/a Cabot District Wellborn, Houston, Adkison,
 Safety Corporation, Court of Mann, Sadler Hill
 et al. Gonzales P.O. Box 1109
 County, TX Henderson, TX 75653-1109
 903-657-8544 (phone)
 903-657-7227 (fax)
34 2:04CV145-P-B David Young v. Air In the 58th David Young; Bruce W. Steckler
 Liquide America Judicial Marvin Benjamin; Christopher G. Brady
 L.P., Individually District Howard Silber Pearlman, L.L.P.
 and as successor in Court of Brown; Lewis 2711 N. Haskell Avenue
 interest and by Jefferson Davis; J.W. Cityplace 5th Floor L.B. 32
 merger to Big County, TX Freeman; Sears Dallas, TX 75204
 Three Industries Griffin; Clyde 214-871-7000 (phone)
 Inc., et al. Sims and Abra 214-824-8100 (fax)
 L. Young
 *Page 520 

35 04-16606-A John W. Smith, Sr. In the 7th John W. Smith, Jason A. Gibson
 v. Minnesota Mining Judicial Sr. jgibson@smith-gibson.com
 Manufacturing District Russell Endsley
 Company, et al. Court of rendsley@smith-gibson.com
 Smith Dennis C. Postiglione
 County, TX Smith Gibson
 909 Fannin, Suite 3850
 Houston, TX 77010
 713-359-2727 (phone)
 713-659-2813 (fax)
36 cv44616 Clint Parker v. District Clint Parker Jason A. Gibson
 Minnesota Mining Court of jgibson@smith-gibson.com
 Manufacturing Midland Russell Endsley
 Company, et al. County, TX rendsley@smith-gibson.com
 Dennis C. Postiglione
 Smith Gibson
 909 Fannin, Suite 3850
 Houston, TX 77010
 713-359-2727 (phone)
 713-659-2813 (fax)
37 2003-04-2033-C Onesimo Villarreal In the 197th Onesimo Lance P. Bradley
 V. American Optical Judicial Villarreal lbradley@mc-law.net
 Corp., et al. District McPherson, Monk, Hughes,
 Court of Bradley, Wimberley Steele,
 Cameron L.L.P. 3120
 County, TX Central Mall Dr.
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
38 236-205061-04 Bobby Joe Henry v. In the Bobby Joe Jamshyd M. Zadeh
 American Optical 153rd Henry Douglas K. Williams
 Corp., et al. Judicial Law Office Of Jim Zadeh, P.C.
 District 115 West 2nd Street, Suite 201
 Court of Fort Worth, TX 76102
 Tarrant 817-335-5100 (phone)
 County, TX 817-335-3974 (fax)
39 04CV0366 Joseph Chuculate, In the 56th Joseph Chuculate, Jamshyd M. Zadeh
 Jr. v. American Optical Judicial Jr. Douglas K. Williams
 Corp., et al. District Law Office Of Jim Zadeh, P.C.
 Court of 115 West 2nd Street, Suite 201
 Galveston Fort Worth, TX 76102
 County, TX 817-335-5100 (phone)
 817-335-3974 (fax)
40 04-0359 Franklin D. Johnson In the 71st Franklin D. Jamshyd M. Zadeh
 v. American Judicial Johnson Douglas K. Williams
 Optical Corp., et al. District Law Office Of Jim Zadeh, P.C.
 Court of 115 West 2nd Street, Suite 201
 Harrison Fort Worth, TX 76102
 County, TX 817-335-5100 (phone)
 817-335-3974 (fax)
41 2003-04-2034-E Enrique Rodriguez In the 357th Enrique Lance P. Bradley
 v. American Optical Judicial Rodriguez lbradley@mc-law.net
 Corp., et al. District McPherson, Monk, Hughes,
 Court of Bradley, Wimberley Steele,
 Cameron L.L.P.
 County, TX 3120 Central Mall Dr.
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
 Dana Allison
 The Allison Law Firm
 855 East Harrison
 Brownsville, TX 78520
 956-541-8338 (phone)
 956-541-2535 (fax)
 *Page 521 

42 2003-04-002032-A Francisco Sauceda In the 107th Francisco Lance P. Bradley
 v. American Optical Judicial Sauceda lbradley@mc-law.net
 Corp., et al. District McPherson, Monk, Hughes,
 Court of Bradley, Wimberley Steele,
 Cameron L.L.P.
 County, TX 3120 Central Mall Dr.
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
43 2003-05-2561-D Humberto Garcia In the Humberto Garcia Lance P. Bradley
 v. American Optical 103rd Ibradley@mc-law.net
 Corp., et al. Judicial McPherson, Monk, Hughes,
 District Bradley, Wimberley Steele,
 Court of L.L.P.
 Cameron 3120 Central Mall Dr.
 County, TX Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
 Dana Allison
 The Allison Law Firm
 855 East Harrison
 Brownsville, TX 78520
 956-541-8338 (phone)
 956-541-2535 (fax)
44 04cv0583 James Rush, Jr. v. 122nd James Rush, Jr. Heard, Robins, Cloud, Lubel 
 3M Company, et al. District Greenwood, LLP
 Court of 500 Dallas, Suite 3100
 Galveston Houston, TX 77002
 County 713-650-1200 (phone)
 713-650-1400 (fax)
45 040086C J.C. Ard v. American 163rd J.C. Ard McPherson, Monk, Hughes,
 Optical Corp., District Bradley, Wimberley Steele,
 et al. Court of L.L.P.
 Orange 3120 Central Mall Dr.
 County, TX Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
46 C116464 Ranulfo Lujan v. 244th Ranulfo Lujan McPherson, Monk, Hughes,
 Lone Star Industries, District Bradley, Wimberley Steele,
 et al. Court of L.L.P.
 Ector 3120 Central Mall Dr.
 County, TX Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
47 03CV133112 Marion Earls and 268th Marion Earls Russell C. Brown
 Paula Earls v. District and Paula Earls rb@wellbomhous ton.com
 Clark Sand Co., Court of Wellborn, Houston, Adkison,
 Inc., et al Fort Bend Mann, Sadler Hill
 County, P.O. Box 1109
 Henderson, TX 75653-1109
 903-657-8544 (phone)
 903-657-7227 (fax)
48 200414281 Martha Leija Moreno 164th Martha Leija Jason A. Gibson
 Individually District Moreno; Ezequiel Smith Gibson
 on Behalf of the Estate Court of Gallegos 909 Fannin, Suite 3850
 v. Minnesota Harris Moreno Sr.; Ezequiel Houston, TX 77010
 Mining and Manufacturing County, TX Gallegos 713-359-2727 (phone)
 Company Moreno Jr.; Gloria 713-659-2813 (fax)
 Moreno
49 20031114480 Alvin McDow and 135th Alvin McDow Russell C. Brown
 Kathryn McDow v. District and Kathryn rb@wellbornhouston.com
 3M Company, et al. Court of McDow Wellborn, Houston, Adkison,
 Calhoun Mann, Sadler Hill
 County, TX P.O. Box 1109
 Henderson, TX 75653-1109
 903-657-8544 (phone)
 903-657-7227 (fax)
 *Page 522 

50 20031114481 Garland H. Shaw v. 267th Garland H. Shaw Russell C. Brown
 3M Company, et al. District rb@wellbornhouston.com
 Court of Wellborn, Houston, Adkison,
 Calhoun Mann, Sadler Hill
 County, TX P.O. Box 1109
 Henderson, TX 75653-1109
 903-657-8544 (phone)
 903-657-7227 (fax)
51 200363748 Charley Mosley, Jr. 334th Charley Mosley, McPherson, Monk, Hughes,
 v. Air Liquide District Jr. Bradley, Wimberley Steele,
 American Corp., Court of L.L.P.
 et al. Harris 3120 Central Mall Dr.
 County, TX Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
52 031119C Carl Williams v. 260th Carl Williams Smith Gibson
 3M Company, et al. District 909 Fannin, Suite 3850
 Court of Houston, TX 77010
 Orange 713-359-2727 (phone)
 County, TX 713-659-2813 (fax)
53 02-11729 Marshall Shedd, et 68th Marshall Shedd; Joseph F. Bruegger
 al. v. Air Liquide District Eddie Ree Gholston; P. Michael McCullough, Jr.
 America Corporation, Court of Marvin McDonald; Bruegger McCullough, P.C.
 et al. Dallas Mario A. 9400 North Central Expressway,
 County, TX Rosales and William Suite 1305, LB 171
 K. Taylor Dallas, TX 75231
 214-365-9000 (phone)
 241-365-9003 (fax)
54 D-116,653 Jesse Maldonado v. 358th Jesse Maldonado Lance P. Bradley
 American Optical District Justin G. Sanderson
 Corporation, et al. Court of McPherson, Monk, Hughes,
 Ector Bradley, Wimberley Steele,
 County, TX L.L.P.
 3120 Central Mall Drive
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
 Robert E. White
 Childs, Bishop White
 310 N. Lincoln
 Odessa, TX 79761
 915-337-5421 (phone)
55 D-116,453 Ciro Calanche v. 358th Ciro Calanche Lance P. Bradley
 Oglebay Norton District McPherson, Monk, Hughes,
 Industrial Sands, Inc. Court of Bradley, Wimberley Steele,
 f/n/a Texas Mining Ector L.L.P.
 Company, et al. County, TX 3120 Central Mall Drive
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
 Robert E. White
 Childs, Bishop White
 310 N. Lincoln
 Odessa, TX 79761
 915-337-5421 (phone)
56 03-06221-00-0-C Arnoldo Garza v. 94th Arnoldo Garza Lance P. Bradley
 Pulmosan Safety District McPherson, Monk, Hughes,
 Equipment Corporation, Court of Bradley, Wimberley Steele,
 et al. Nueces L.L.P.
 County, TX 3120 Central Mall Drive
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
 *Page 523 

 Abraham Moss
 5350 S. Staples
 Corpus Christi, TX 78411
57 D031092-C Robert Phelps v. 260th Robert Phelps Lance P. Bradley
 American Optical District McPherson, Monk, Hughes,
 Corporation, et al. Court of Bradley, Wimberley Steele,
 Orange L.L.P.
 County, TX 3120 Central Mall Drive
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
58 38,952-S Donald F. Drenner 329th Donald F. Drenner; Russell C. Brown
 and Geneva Y. District Geneva Y. Wellborn, Houston, Adkison,
 Drenner Court of Drenner Mann, Sadler Hill, L.L.P.
 Wharton P.O. Box 1109
 County, TX Henderson, TX 75653-1109
 903-657-8544 (phone)
 903-657-7727 (fax)
59 0305184E Eli Aguilar, et al. 148th Eli Aguilar; Geoff J. Henley
 v. American Optical District Juan A. Alcala; Henley Henley P.C.
 Corporation, Court of Cesar Arriola; 2205 North Henderson Ave.
 et al. Nueces Jerry Alvarez; Dallas, TX 75206
 County, TX Javier Arellano; 214-821-0222 (phone)
 Jose R. Barrera; 214-821-0124 (fax)
 Pete Barrientez;
 Rafael Blanco;
 Michael Blankenship;
 Atansio
 Salinas Cantu;
 Horacio Cantu;
 Fabian Carrion;
 Moises Caudillo;
 Jesus Cervantes;
 Isidor Chavez;
 Fernando Contreras;
 Gonzalo
 Cortez; Ricardo
 Cruz; Humberto
 Cuellar; Antonio
 Delgado; Mike
 Dudley; Rigoberto
 Elizondo;
 Oscar Encinia;
 Manuel Escobedo;
 Ulises Espericoeta;
 Rey
 Fabela; Guadalupe
 Tovar
 Flores; Antonio
 Garcia; Daniel
 Garcia; Rene
 Garcia; Ricardo
 Garcia; Freddie
 L. Garza; Jose
 Noel Garza Jr.;
 Jose Noel Garza
 Sr.; Luis Garza;
 Rene Garza;
 Victor A. Garza;
 Guillermo Gomez;
 Domingo
 Gonzales; Ernesto
 Gonzalez
 Joel Gonzalez;
 Jorge Gonzalez;
 Marcos I. Gonzalez;
 Robin Joseph
 Griffins;
 Erik Guettler;
 Michael Guzman;
 Alejandro Hernandez;
 *Page 524 

 Armando
 Hernandez;
 Efrain Hernandez;
 George
 Luis Hernandez;
 Harvey Hernandez;
 Jorge Hernandez;
 Juan
 Hernandez; Roman
 Hernandez;
 Rudy F. Hernandez;
 Walter
 Hernandez;
 John Hinojosa;
 Raul Hinojosa;
 Ramiro Huerta;
 David Hurtado;
 Mario Hurtado;
 Ramon Hurtado;
 Guillermo Inzunza;
 Elmer
 Johns; Joel Jordon;
 Ruben Juarez;
 Thomas
 Klepac; Freeman
 Huachuca
 Lamar; Johnny
 Laureles; Saul
 Leal; Albert Lopez;
 Fernando
 Lopez; Mario
 Lopez; Raymond
 Lopez; Rene
 Marquez, Jr.;
 Estanislado Martinez;
 Ryan
 Martinez; Brittany
 Mayes;
 Sidney McCarty;
 Arnell Mendoza;
 Gustavo Miranda;
 Anthony
 Mitchell; Victor
 Morales; Roland
 Narvaez; Ismael
 Jesus Nunez;
 Rene Olivarez;
 Jose Javiar Paiz;
 Kelly Patterson;
 Juan J. Pena;
 Roland Pena;
 Alejandro Perez;
 Jamie Perez;
 Jose G. Perez;
 Guy Plata; Omar
 Ponce; Ricardo
 Ponce; Andy
 Ramirez; Jose
 Cruz Ramos;
 John Resendez;
 Luis Riojas; Epitacio
 Rios; Felix
 Eric Rios; Jose
 Luis Rios; Ricardo
 Rios; Rodrigo
 Rios; Victor
 Rios; Reynol
 R. Rois
60 04-03613-H Jimmy Wayne Atkins, 347th Jimmy Wayne Bruce W. Steckler
 et al. v. Air District Atkins; Salvador Christopher G. Brady
 Liquide America, Court of Pena Beltran; Silber Pearlman, L.L.P.
 LP, et al. Court of Charles Celestine; 2711 N. Haskell Avenue
 *Page 525 

 Nueces Troy T. Cityplace 5th Floor L.B. 32
 County, TX Davis; Emerico Dallas, TX 75204
 Garcia; Teodirlo 214-871-7000 (phone)
 Salvador Gonzales; 214-824-8100 (fax)
 William
 Alvin
 Hendrickson
61 CN402088 Jimmy Wayne 200th Jimmy Wayne Bruce W. Steckler
 Church, et al. v. Air District Church; Bobby Christopher G. Brady
 Liquide America Court of G. Collins; Frank Silber Pearlman, L.L.P.
 LP, et al Travis J. Havel; Fred 2711 N. Haskell Avenue
 County, TX Hubert; Earnest Cityplace 5th Floor L.B. 32
 Holloway; Elmo Dallas, TX 75204
 Y. Lawson; Lawson; 214-871-7000 (phone)
 Alfredo Maldonado; 214-824-8100 (fax)
 L.C.
 Page; Gilberto
 Paz; Ronald Lee
 Roy
62 CN402087 Tommy Joe Daniels, 126th Tommy Joe Daniels; Bruce W. Steckler
 et al. v. Air District Robert Christopher G. Brady Silber
 Liquide America Court of Diaz; Albert E. Pearlman, L.L.P.
 L.P., et al. Travis Duffield; Cloyd 2711 N. Haskell Avenue
 County, TX Harrison, Jr.; Cityplace 5th Floor L.B. 32
 Kerry Roy; Rito Dallas, TX 75204
 G. Sanchez, Jr.; 214-871-7000 (phone)
 Arthur J. 214-824-8100 (fax)
 Thompson; Sergio
 Verduzco;
 Edwin Wotipka;
 Helen Watts
63 0402140000H Paul Gawlik, et al. 347th Paul Gawlik; David Parron
 v. Air Liquide District Adan G. Adame; The Parron Firm
 America Corporation Court of Robert H. Arispe; 404 E. First St.
 LP, et al. Nueces Mercedes Arlington, TX 76010
 County, TX Castillo, Jr.; Hector 817-459-4459 (phone)
 A. Chapa; 817-459-0067 (fax)
 Noe de la Cruz;
 Oscar Garza, Jr.;
 Santiago A. Hinojosa;
 Alfredo
 O. Martinez;
 Roger Dale
 Spencer
64 A0173096 Ronald Hare v. 58th Ronald Hare John R. Thomas
 Minnesota Mining District Brent Coon Associates, P.C.
 and Manufacturing Court of 3550 Fannin St.
 Co. et al. Jefferson Beaumont, TX 77701
 County, TX 409-835-2666 (phone)
 409-833-4483 (fax)
65 03c0159005 Robert Kennedy et 5th District Robert Kennedy Lance P. Bradley
 ux v. Lone Star Court of lbradley@mc-law.net
 Industries et al. Bowie McPherson, Monk, Hughe s,
 County, TX Bradley, Wimberley Steele,
 L.L.P.
 3120 Central Mall Dr.
 Port Arthur, TX 77642
 409-724-6644 (phone)
 409-724-7585 (fax)
66 200437094 Roy D. King v. 281st Roy D. King; Jason A. Gibson
 Minnesota Mining District Ronald Sims Smith Gibson
 and Manufacturing Court of 909 Fannin, Suite 3850
 Company, et al. Harris Houston, TX 77010
 County, TX 713-359-2727 (phone)
 713-659-2813 (fax)
67 04CV0772 Mitchell Lynch v. 405th Mitchell Lynch Jason A. Gibson
 Minnesota Mining District Smith Gibson
 and Manufacturing Court of 909 Fannin, Suite 3850
 *Page 526 

 Company, et al. Galveston Houston, TX 77010
 County, TX 713-359-2727 (phone)
 713-659-2813 (fax)
68 29530 Cristobal M. Maldonado, 149th Cristobal M. Bruce W. Steckler
 et al v. Air District Maldonado; Guadalupe Christopher G. Brady
 Liquide America, Court of O. Canchola; Silber Pearlman, L.L.P.
 LP, et al. Brazoria Kenneth 2711 N. Haskell Avenue
 County, TX E. Chaplin; Arturo Cityplace 5th Floor L.B. 32
 Charles; Dallas, TX 75204
 James E. Conley; 214-871-7000 (phone)
 Ernesto Gonzales; 214-824-8100 (fax)
 Wilbert
 Lemke
69 0402767000A Juan Ortiz, Jr. v. 28th Juan Ortiz Jr. Jason A. GibsonSmith Gibson
 Minnesota Mining District 909 Fannin, Suite 3850
 and Manufacturing Court of Houston, TX 77010
 Company, et al. Nueces 713-359-2727 (phone)
 County, TX 713-659-2813 (fax)
70 04CV0745 Frank Charles 56th Frank Charles Bruce W. Steckler
 Planka, et al. v. Air District Planka; G.B. Christopher G. Brady
 Liquide America, Court of Waldrop; Kenneth Silber Pearlman, L.L.P.
 L.P., et al. Galveston D. Brown; 2711 N. Haskell Avenue
 County, TX Eugene de los Cityplace 5th Floor L.B. 32
 Santos; Thomas Dallas, TX 75204
 O'Dell Hall; 214-871-7000 (phone)
 Donald L. 214-824-8100 (fax)
 Hartos
71 0303295000F Kenneth and Margaret 214th Kenneth Hale, Mike Martin
 Hale v. District Margaret Hale Maloney, Martin and Mitchell,
 Minnesota Mining Court of L.L.P.
 and Manufacturing, Nueces 3700 Two Houston Center
 et al. County, TX 909 Fanin St.
 Houston, TX 77010
 713-759-1600 phone
 713-759-6930 fax
 Part II
 Corresponding Defendant Counsel
Defendant Cases Information
3M Company 1-72 William Curtis Webb
 cwebb@brsfirm.com
 Beck, Redden Secrest, L.L.P.
 One Houston Center
 1221 McKinney Street, Suite 4500
 Houston, TX 77010
 713-951-3700 phone
 713-951-3720 fax
A L Industrial Services, Inc. 59 Registered Service Agent:
 Joe Swindoll
 11358 East Texas Freeway
 Houston, TX 77093
A.W. Chesterton Company 2 Melissa K._Ferrell
 mferrell@smsm.com
 Segal McCambridge Singer Mahoney, Ltd.
 100 Congress Avenue Suite 700
 Austin, Texas 78701
 512-476-7834 phone
 512-476-7832 fax
AAA Sand and Service Inc 59 Registered Service Agent:
 Jimmie Lee Rhodes
 2309 West 34th Street
 Odessa, TX
ABCO, a subsidiary of PEERLESS 2 Registered agent:
MANUFACTURING 2322 E. Doublegate,
 Albany, Georgia 31707
 *Page 527 

Aearo Company 1, 3-8, 10-16, 18-22, Robert Wright
 24, 26-28, 31, 33, 34, rwwright@fpwk.com
 58, 60-63, 67, 70 Forman, Perry, Watkins, Krutz Tardy, PLLC
 2001 Bryan Street, Suite 1300
 Dallas, TX 75201-3008
 214-905-2924 phone
 214-905-3976 fax
Air Pump Company 25, 37, 41, 42, 43 Home Office:
 1535 N. Central Avenue
 Brownsville, TX
Air Equipment Repair, Inc. 25, 37, 41, 42, 43 Registered Service Agent:
 Pat Rhoades 618 Avenue E
 San Antonio, TX 78215
Air Liquide America Corporation 1, 3-8, 11-14, 17, 19-21, Hubert Oxford, III
 24, 26-32, 34, 38-40, hubertoxford@benoxford.com
 40, 45, 51, 53, 54, 57, Benckenstein Oxford, L.L.P.
 59-64, 68, 70-72 P.O. Box 150
 3535 Calder Avenue, Suite 300
 Beaumont, TX 77706
 409-833-9182 phone
 409-833-8819 fax
Alamo Iron Works, Inc. 25, 37, 41, 42, 43 Kent M. Adams
 kentadams@adamscoffey.com
 Adams Coffey
 P.O. Box 7505
 Beaumont, TX 77726-7505
 409-838-6767 phone
 409-838-6950 fax
Alpha Pro Tech, Inc 65 Principle Place of Business:
 Mask Facilities
 236 North 2200 West
 Salt Lake City, UT
 801-363-2890 phone
 801-355-2534 fax
AMCOL International d/b/a American 6, 13, 17, 19, 24, 27, Roger W. Anderson
Colloid Company 29, 31, 32, 34, 35, 53, Gillen Anderson, P.C.
 61 613 Shelley Park Plaza
 Tyler, TX 75701
 (903) 581-8600 phone
 (903) 581-8790 fax
Ameraflex Robber Gasket Co., Inc. 2 Brian S. Clary
 Brian S. Clary Associates
 402 Staitti
 Humble, TX 77338
 281-548-1100 phone
 281-548-1126 fax
American Optical Corporation 1-8, 10-43, 45, 48, 50, Jerry C. Parker
 52-63, 65-72 JParker@Sammons-Parker.com
 Sammons Parker
 218 North College
 Tyler, TX 75702
 903-595-4541 phone
 903-595-2864 fax
Ameron International 59 Principle Place of Business:
 5301 Hollister Road, Suite 200
 Houston, Texas 77040
 713-690-7777 phone
 713-690-2842 fax
AMF, Inc. 56 Registered Service Agent:
 C.T. Corporation Systems
 350 N. St. Paul
 Dallas, TX 75201
Anadarko E P Company, LP f/k/a 56 Registered Service Agent:
Union Pacific Resources Company C.T. Corporation Systems
 *Page 528 

 350 N. St. Paul
 Dallas, TX 75201
Anchor Packing Company 2, 64 James R. Old, Jr.
 jrold@germer.com
 Germer Gertz, LLP
 550 Fannin, Suite 700
 P.O. Box 4915 (77704)
 Beaumont, TX 77701
 409-654-6700 phone
 409-835-3373 fax
Arco Oil and Gas 59 Registered Service Agent:
 CT. Corporation System
 350 N. St. Paul Street
 Dallas, TX 75201
Atlantic Richfield Company 56 Registered Service Agent:
 C.T. Corporation Systems
 350 N. St. Paul
 Dallas, TX 75201
Atlas Hardware Co., Inc. 10 Principle Place of Business:
 49-33 31st Place
 Long Island City, N.Y. 11101
Atofina Petro Chemicals 30 JENKINS MARTIN, L.L.P.11
 2516 Calder, Suite 500
 Beaumont, Texas 77702
 409-832-4242 phone
Bacou-Dalloz Safety, Inc. f/k/a WGW 1, 3-8, 10-15, 17-29, Jack B. Manning
Safety Corporation d/b/a Willson Safety 31, 32, 34-43, 45, 48, gschlak@mga-law.com
Products; Inco Safety Products 53, 56, 59-72 Manning, Gosda Arredondo, L.L.P.
Company, individually and as successor 5847 San Felipe, Suite 1500
to Willson Safety Products Houston, TX 77057
 713-783-7070 phone
 713-339-3619 fax
Badger Mining Corporation 59 Registered Service Agent:
 Ralph Taylor
 606 Brazos Street
 P.O. Box 881
 George West, TX 78022
Barry Industrial Sand, Inc. 29, 38-40, 52 Daniel R. Richards
 Bell, Turney, Coogan Richards L.L.P.
 823 Congress Avenue, Suite 7
 Austin, TX 78701
 512-476-0005 phone
 512-476-1513 fax
Bayer Cropscience, Inc., f/k/a 2 B. Stephen Rice
Rhone-Poulenc AG Company, Inc., as srice@haysmcconn.com
successor to Amchem Products, Inc. Hays, McConn, Rice Pickering, P.C.
 400 Two Allen Center 1200
 Smith Street
 Houston, TX 77002
 713-654-111 phone
 713-650-0027 fax
Berry Contracting L.P. dba Bay LTD 59 Registered Service Agent:
 D.E. Spangler
 1414 Corn Products Road
 Corpus Christi, TX 78408
Big Three Industries, Inc. 4, 5, 7, 11, 14, 59, 63 Hubert Oxford, III
 hubertoxford@benoxford.com
 Benckenstein Oxford LLP
 3535 Calder Ave., 3rd Floor
 P.O. Drawer 150
 Beaumont, TX 77704
 409-833-9182 phone
 409-833-8819 fax
 *Page 529 

Bob Schmidt, Inc. 1, 3-8, 10-15, 18-22, Andrew Oretsky
 24-31, 33, 34, 37-46, aoretsky@do-law.com
 51, 54, 57, 59-63, 65, Davis, Oretsky Guilfoyle, P.C.
 68, 70-71 1415 Louisiana, Suite 4200
 Houston, TX 77002
 713-659-1010 phone
 713-659-1122 fax
Borden, Inc. 17, 32 John R. Henderson
 jhenderson@mailbmc.com
 Brown McCarroll Oaks Hardine
 2000 Trammell Crow Center
 2001 Ross Avenue
 Dallas, TX 75201-2997
 214-999-6100 phone
 214-999-6170 fax
Bowto, Inc.; f/k/a Bowen Tools, Inc. 4, 5, 7, 11, 14, 17, 29, Hubert Oxford, III
 30, 32, 38-40, 45, 51, hubertoxford@benoxford.com
 54, 57, 59, 63, 70 Benckenstein Oxford LLP
 3535 Calder Ave., 3rd Floor
 P.O. Drawer 150
 Beaumont, TX 77704
 409-833-9182 phone
 409-833-8819 fax
Bridgestone Americas Holding, Inc. 30 Registered Service Agent:
 National Registered Agents, Inc.
 1614 Sidney Baker Street
 Kerrville, TX 78028
Brown Root Holding, Inc. d/b/a 2 Christi Feeney
Kellogg Brown Root International, cfeeney@godwingruber.com
Inc. Godwin Gruber
 1201 Elm Street, Suite 1700
 Dallas, TX 75270
 214-939-4400 phone
 214-760-7332 fax
Byron Jackson Company, n/k/a BJ 2 Corporate Officer:
Services Company 550 Northwest Central Drive
 Houston, TX 77092
Cel Industries, Inc. 1, 3-8, 10-15, 18-21, Michael Getz
 24, 26-28, 31, 34, 38-40, Attorney-At-Law
 60-63, 68, 70 398 Pearl Street
 Suite 915
 Beaumont, TX 77704
 409-832-3381 phone
 409-832-3384 fax
Centex Corporation 58 Registered Service Agent:
 Corporation Service Company d/b/a CSC
 Lawyers Incorporation Services Company
 701 Contress Avenue # 1100
 Austin, TX 78701
Centurion Safety Products 10, 33 Principle Place of Business:
 P.O. Box 484
 Kewanee, IL 61443
Chevron U.S.A., Inc. 30, 54 Michael L. Baker
 Strong, Pipkin, Nelson, Bissell Ledyard
 595 Orleans
 1400 San Jacinto Bldg.
 Beaumont, TX 77701
 409-981-1000 phone
 409-981-1010 fax
Chicago Pneumatic Tool Company 35-36, 48, 58, 66-67, Registered Service Agent:
 69, 72 CT Corporation System
 1021 Main St., Suite 1150
 Houston, TX 77002
 *Page 530 

Circle D. Sandblasting 59 Principle Place of Business:
 5825 Hopkins Road
 Corpus Christi, TX 78409
Citgo Refining Chemicals 56, 59 Registered Service Agent:
Company, L.P. C.T. Corporation Systems
 350 N. St. Paul
 Dallas, TX 75201
Clark-Reliance Corporation 2 Registered Service Agent:
 Brent D. Ballard,
 800 Superior Ave. # 1400
 Cleveland, OH 44114
Clark Sand Co., Inc. 10, 16, 33, 47 Hubert Crouch, III
 herouch@crouchfirm.com
 Crouch Ramey, L.L.P.
 2300 Fountain Place
 1445 Ross Avenue
 Dallas, TX 75202
 214-922-7100 phone
 214-922-7101 fax
Clemco Industries Corporation 1, 3-15, 17-43, 45-47, Paul Holmes
 51-57, 59-63, 65-72 Holmes Jeffrey, L.L.P.
 550 Fannin, Suite 230
 Beaumont, TX 77701
 409-835-3482 phone
 409-835-2063 fax
Clark Sand Co., Inc. 10, 16, 33, 47 Hubert Crouch, III
 herouch@crouchfirm.com
 Crouch Ramey, L.L.P.
 2300 Fountain Place
 1445 Ross Avenue
 Dallas, TX 75202
 214-922-7100 phone
 214-922-7101 fax
Clemco Industries Corporation 1, 3-15, 17-43, 45-47, Paul Holmes
 51-57, 59-63, 65-72 Holmes Jeffrey, L.L.P.
 550 Fannin, Suite 230
 Beaumont, TX 77701
 409-835-3482 phone
 409-835-2063 fax
ClemTex II, Inc. 10, 16, 22, 33, 47, 58 Barbara J. Barron
 BarbaraBarron@mehaffyweber.com
 Mehaffy Weber — Beaumont
 2615 Calder Avenue
 P.O. Box 16
 Beaumont, TX 77704
 409-835-5011 phone
 409-835-5729 fax
CNA Holdings, Inc. f/k/a Celanese Corp. 26, 56 Registered Service Agent:
 C.T. Corporation System
 1021 Main Street, Suite 1150
 Houston, TX 77002
Coastal Corporation 56 Registered Service Agent:
 C.T. Corporation Systems
 350 N. St. Paul
 Dallas, TX 75201
Complete Abrasive Blasting Systems, 5, 50, 65 Janis H. Detloff
Inc. jdetloff@thompsoncoe.com
 Larry S. Wilson
 lwilson@thompsoncoe.com
 Thompson, Coe, Cousins Irons, L.L.P.
 One Riverway, Suite 1600
 Houston, TX 77056
 713-403-8281 phone
 713-403-8299 fax
 *Page 531 

Composite Abrasive Blasting Systems, 33 Registered Service Agent:
Inc. CT Corporation System
 350 N. St. Paul Street
 Dallas, TX 75201
CONOCOPHILLIPS Company, f/k/a 18 B. Steven Rice
Phillips 66 Company srice@haysmcconn.com
 Hays, McConn, Rice Pickering
 400 Citicorp Center
 1200 Smith Street
 Houston, TX 77002
 713-654-1111 phone
 713-650-0027 fax
Conrad Industries 2 Principal place of business:
 1501 Front Street
 Morgan City, Louisiana 70381
Contractor's Supplies, Inc. 29 D. David Hearne
 dhearne@fenley-bate.com
 Rebecca D. Cousins
 rcousins@fenley-bate.com
 Fenley Bate, L.L.P.
 P.O. Box 450
 224 E. Lufkin Avenue
 Lufkin, Texas 75902-0450
 936-634-3346 phone
 936-639-5874 fax
Corpus Christi Equipment Company 3, 6, 13, 19, 24-28, 31, Beason Willingham
 37, 41-43, 56, 60, 62, 808 Travis, Suite 1608
 68, 71 Houston, TX 77002
Crane Co. 2 Rodney H. Lawson
 rlawson@ccsb.com
 Carrington, Coleman, Sloman 
 Blumenthal, LLP
 200 Crescent Court, Suite 1500
 Dallas, TX 75201-1848
 214-855-3000 phone
 214-855-1333 fax
Custom Aggregates and Grinding Inc. 59 Principle Place of Business:
 Division of Huey Stockstill, Inc.
 P.O. Box L
 Picayune, MS 39466
DAP, Inc. f/k/a Beecham Home Improvement 2 Jenkins Gilchrist
Products, Inc. 1445 Ross Avenue
 Suite 3200
 Dallas, Texas 75202
 (214)855-4500 phone
 (214)855-4300 fax
Dependable Abrasive d/b/a Diamond 10, 16, 33, 59 Joe Michael Dodson
Blast Industries Dodson Law Offices, P.C.
 8245 Gladys, Suite 102
 Beaumont, TX 77706
 409-861-4141 phone
 409-861-0033 fax
Difco, Inc 59 Registered Service Agent:
 Tabor Brooks
 2728 Agnes Street
 Corpus Christi, TX 78405
Dow Chemical Company 4, 5, 7, 11, 14, 18, 19, Arthur Almquist
 28, ArtAlmquist@mehaffyweber.com
 Elna Griggs Mehaffey Weber
 500 Dallas, Suite 1200
 Houston, TX 77002
 713-655-1200 phone
 713-655-0222 fax
Draeger Safety, Inc. 10 Sigurd Ansgar Sorenson
 sigurd.sorenson@cliffordchance.com
 *Page 532 

 Clifford Chance U.S., L.L.P.
 200 Park Avenue
 New York, N.Y. 10166-0153
 212-878-3453 phone
Dresser Industries as successor in interest 2, 4, 5, 7, 11, 14, 53, George Carlton
to Worthington Pump Corporation 58, 63 gcarlton@godwingruber.com
(U.S.A.) f/k/a Worthington Standard Godwin Gruber
Pump Corp. 1201 Elm Street, Suite 1700
 Dallas, TX 75270
 214-939-4400 phone
 214-760-7332 fax
Durabla Manufacturing, Inc. 2 David W. Dogan, III
 Dogan Wilkinson, PLLC
 15th Floor, Capital Towers
 125 South Congress Street
 Jackson, MS 39225-3062
 601-351-3200 phone
 601-351-3232 fax
E.D. Bullard Company 1, 3-8, 10-15, 17-21, Steve Bryant
 23-43, 45, 46, 48, 52, Steve A. Bryant Associates, P.C.
 53-57, 59-72 3618 Mount Vernon, Suite A
 Houston, TX 77006
 713-526-7474 phone
 713-526-7720 fax
E.F. Houghton 53 Registered Agent:
 C.T. Corporation System
 350 N. St. Paul Street
 Dallas, TX 75201
E.I. DuPont De Nemours 10, 16, 17, 29, 30, 32, Tom Harrison
Company, Inc. 33, 38-40, 58 TomHarrison@hmwpc.com
 Hornblower, Manning Ward
 P.O. Box 2728
 Corpus Christi, TX 78403
 361-888-8041 phone
 361-888-8222 fax
East Texas Plumbing Supply Company 2 Corporate Officer:
 5001 Ridge Oak Drive
 Austin, TX 78731
Eastern Safety Equipment Co., Inc. 1-43, 45, 53, 59-72 Robert E. Thackston
 rthackston@hplegal.com
 Hawkins, Parnell Thackston
 4514 Cole Avenue Suite 550
 Dallas, TX 75205
 214-780-5100 phone
 214-780-5200 fax
 Harvey Ferguson, Jr.
 hferguson@ghf-lawfirm.com
 Gonzales, Hoblit Ferguson, LLP
 700 North St. Mary's Street, Suite 1800
 San Antonio, Texas 78205
 210-224-9991 phone
 210-226-1544 fax
Eastwood Company 10 Principle Place of Business:
 263 Showmaker Road
 Pottstown, PA 19464
Econotherm 2 Registered Service Agent:
 147 Farth Road
 Beaumont, TX 77720
El Paso Natural Gas Company 54 Registered Service Agent:
 C.T. Corporation Systems
 350 N. St. Paul
 Dallas, TX 75201
 *Page 533 

Electro Steam Generator Corp. 2 Principle Place of Business:
 1000 Bernard Street
 Alexandria, VA 22314-1299
Elliott Company owned by Elliott 2 Hubert A. Crouch
Turbomachinery Co., Inc. Amy Nettie
 Crouch Inabnett
 1445 Ross Avenue, Suite 2300
 Dallas, TX 75202
 214-922-7100 phone
 214-922-7101 fax
Elsa Iron Works 25, 37, 41, 42, 43 Home Office:
 200 E. Edinburg
 Elsa, TX
Empire Abrasive Equipment Company, 1, 3-15, 18-22, 24-29, Arthur Grimaldo
L.P.; a/k/a Woodfield Group, Inc. 31-43, 45, 48, 51, 52, Forman, Perry, Watkins, Krutz Tardy
 54, 57, 63, 71-72 One Jackson Place, Suite 1200
 P.O. Box 22608
 Jackson, MS 39225-2608
 601-960-8600 phone
 601-960-8613 fax
Empire Abrasive Equipment 10, 11, 22, 32, 33, 35, John R. Robinson
Corporation 59-63, 65-71 Page, Mannino, Peresich McDermott, PLLC
 1201 ELM ST STE 4400
 4400 RENAISSANCE TOWER
 DALLAS, TX, 75270
 (214) 748-4747 (phone)
Encon Safety Products, Inc. 1, 3-6, 8, 11-15, 19-22, David Brill
 25-29, 31, 37-43, 45, Brill Associates, P.C.
 59-65, 68, 70, 72 602 Sawyer, Suite 490
 Houston, TX 77007
 713-863-0579 phone
 713-863-0564 fax
Espey Silica Sand Co., Inc. 25, 37, 41, 42, 43, 59-60, C. Thomas Valentine
 68, 70, 71 tvalentine@dawray.com
 Daw Ray
 5718 Westheimer, Suite 1750
 Houston, TX 77057
 713-266-3121 phone
 713-266-3188 fax
Exxon Mobile Corporation 30, 37, 46, 54, 56, 59 J.D. Bashline
 jdbashline@MAPALaw.com
 McCloud, Alexander, Powel Apffell
 17225 El Camino Real, Suite 344
 Houston, TX 77058
 281-486-1888 phone
 281-486-4888 fax
Fabco, Inc. a division of Harsco 2, 10, 22, 33, 49 Principal Place of Business:
 100 Burson Street
 East Stroudsburg, PA 18301
Fairmont Minerals, LTD 10, 16, 32, 58-59, 65 Jeffery J. Shaver
 JShaver@Sammons-Parker.com
 Sammons Parker
 11200 Westheimer
 Suite 520
 Houston, TX 77042
 713-953-0860 phone
 713-953-0917 fax
Ferro Corporation 10, 33, 59 Erin Patterson
 Erin.patterson@arlaw.com
 Adams Reese, L.L.P.
 4400 One Houston Center
 1221 McKinney
 Houston, TX 77010
 713-652-5151 phone
 713-652-5152 fax
 *Page 534 

Figgie International d/b/a Scott Aviation; 1, 3-8, 10-15, 17-22, Carl Dawson
a/k/a Scott Technologies, Inc.; a/k/a 24, 26-29, 31, 32, 34-40, Ryan Dawson
Scott Aviation 42, 48, 52, 59-72 770 South Post Oak Lane, Suite 525
 Houston, TX 77056
 713-960-1555 phone
 713-960-8491 fax
Flexo Products, Inc. 1, 3-6, 7, 8, 10-15, 17-18, Ned Johnson
 19-21, 24, 26-27, Clinton E. Phillips
 28-29, 31, 35-36, 38-40, Johnson, Ferguson Pipkin
 48, 51-53, 59-63, 4900 Woodway, Suite 1100
 65-72 Houston, TX 77056
 713-961-3730 phone
 713-961-5438 fax
Flint Hills Resources, L.P. f/k/a Koch 56, 59 Registered Service Agent:
Petroleum Group H. Allen Caldwell
 4111 E. 37th Street North
 Wichita, KS 67220
Gasket Holding, Inc. individually and as 38-40 Registered Service Agent:
successor in interest to Flexitallic CT Corporation
Gasket Company 350 N. St. Paul Street
 Dallas, TX 75201
General Electric Company 2 Kay Andrews
 kandrews@mailbmc.com
 Brown McCarroll
 111 Congress Avenue
 Suite 1400
 Austin, TX 78701
 512-479-9772 phone
 512-479-1155 fax
 Rachelle Hoffman Glazer
 rachelle.glazer@tklaw.com
 Thompson Knight — Dallas
 3300 First City Center
 1700 Pacific Avenue
 Dallas, TX 75201-4693
 214-969-1700 phone
 214-969-1751 fax
General Pattern Company 17, 32 Dale R. Mellencamp
 dmellencamp@bairwelscher.com
 Bair Welscher, P.C.
 523 N. Sam Houston Pkwy. E.
 Suite 600
 Houston, TX 77060-4036
 713-862-5599 phone
 713-868-9444 fax
Georgia Pacific Corporation, individually 2 Maria Katina Karos
and as successor-in-interest to Bestwell mariak@bellnunnally.com
Gypsum Company Bell Nunnally Martin LLP
 1400 One McKinney Plaza
 3232 McKinney Avenue, Suite 1400
 Dallas, TX 75204-2429
 214-740-1400 phone
 214-740-1499 fax
GHX, Inc. f/k/a Houston Gasket and 2, 64 Registered Service Agent:
Packing Co. Ben B. Andrews
 711 Ardmore Street
 Houston, TX 77054
Girdler Corporation 2 Registered Service Agent:
 224 E. Broadway
 Louisville, Kentucky 40202
Flintkote Company 2 James M. Harris, Jr.
 Harris, Lively Duelser, LLP
 550 Fannin Street, Suite 650
 P.O. Box 830
 Beaumont, TX 77704
 *Page 535 

 409-832-8382 phone
 409-833-4240 fax
Foster Wheeler Energy Corp. d/b/a 2 James Riley
Foster Wheeler USA Corp. jriley@coatsrose.com
 Lawrence A. Lynn
 llynn@coatsrose.com
 Coats, Rose, Yale, Holm, Ryman Lee, P.C.
 3 Greenway Plaza, Suite 2000
 Houston, Texas 77046
 713-651-0111 phone
 713-651-0220 fax
Foundry Specialties, Inc. 17 Barry H. Fanning
 bfanning@fhmlaw.com
 Alan P. Moore
 amoore@fhmlaw.com
 Fanning, Harper Martinson, P.C.
 Two Energy Square
 4849 Greenville Avenue, Suite 1300
 Dallas, TX 75205
 214-369-1300 phone
 214-987-9649 fax
Gardner Denver, Inc. 23, 30, 35-36, 48, 52, Hawkins, Parnell Thackston LLP
 53, 59-62, 66-70, 72 4514 Cole Avenue
 Suite 550
 Dallas, TX 75205
 214-780-5100 phone
 214-780-5200 fax
Garlock, Inc., a/k/a Garlock Sealing 2 Gary D. Elliston
Technologies gelliston@dehay.com
 DeHay Elliston, LLP
 NationsBank Plaza
 901 Main Street, Suite 3500
 Dallas, TX 75202-3736
 214-210-2400 phone
 214-210-2500 fax
Glendale Protective Technologies, Inc. 17, 29, 32, 38-40, 53, Ryan Benson
 60, 62, 64-65, 68, 70 Spain Hastings
 Two Houston Center
 909 Fannin, Suite 3900
 Houston, TX 77010
 713-650-9700 phone
 713-650-9701 fax
Goodyear Tire Rubber 17, 30, 32, 64 Kevin Jacob
 Baker Botts, LLP
 3000 One Shell Plaza
 Houston, TX 77002
 713-229-1234 phone
 713-229-1522 fax
Goulds Pumps, Inc. 2 L. Hayes Fuller III
 fuller@namanhowell.com
 Naman, Howell, Smith Lee, L.L.P.
 P.O. Box 1470
 900 Washington Ave, 7th Floor
 Waco, TX 76703-1470
 254-755-4224 phone
 254-754-6331 fax
Great Lakes Carbon, LLC 30 Law Offices of Kilpatrick White
 2777 Allen Pkwy, Suite 622
 Houston, Texas 77019
 713-523-8830 phone
 713-523-8835 fax
Green Pipe and Supply, Inc 71 Registered Service Agent:
 James E. Green, Jr.
 503 Federacion
 Refugio, TX
 *Page 536 

Grefco, Inc. 2, 64 Franklin A. Poff, Jr.
 fpoff@cbplaw.com
 Crisp, Boyd Poff, L.L.P.
 2301 Moores Lane
 P.O. Box 6297
 Texarkana, TX 75505-6297
 903-838-6123 phone
 903-832-8489 fax
Gulf Coast Rental, Inc. 5, 17, 32, 38-40 Carey Scott Davis
 Pagel, Davis Hill L.L.P.
 1415 Louisiana, 22nd Floor
 Houston, TX 77002
 713-951-0160 phone
 713-951-0662 fax
Gulf Marine Fabricators 59 Principle Place of Business:
 Kiewit Plaza
 Omaha, NE 68131
Hanson Aggregates Central, Inc. f/k/a 1, 3-15, 17-21, 24, 26-29, Thomas B. Taylor
Pioneer South Central, Inc. d/b/a 31, 32, 34-36, 38-40, Taylor Warren, L.L.P.
Pioneer Concrete of Texas, Inc. 45, 48, 52-54, 58, 1300 Three Allen Center
 59-63, 65-72 333 Clay Street
 Houston, TX 77002
 713-658-1800 phone
 713-658-1885 fax
Hanson Aggregates West, Inc., successor 48, 52, 59, 65-67, 69, Not known
by merger to Gifford-Hill Cement 72
Company
Harbison-Walker Refractories, a division 35, 66-67 Principal Place of Business:
of INDRESCO, Inc. Prentice-Hall Corporation Systems, Inc.
 800 Brazos
 Austin, TX 78701
Henry Vogt Machine Company d/b/a 2, 63 Registered Service Agent:
Vogt Forge Die 1000 W. Ormsby Ave.
 Louisville, Kentucky 40210-1810
Hertz Equipment Rental Corporation 59 James G. Wyly, III, Esq.
 Phelps Dunbar, LLP
 North Court One-Suite 300
 2304 19th Street
 Gulfport, MS 39501
 228-679-1130 phone
 228-679-1131 fax
 wyly@phelps.com
Hill Griffith Company 17, 29, 32, 53, 64 Kent M. Adams
 kentadams@adamscoffey.com
 Adams Coffey, P.C.
 1010 Lamar, Suite 901
 Houston, Texas 77002
 713-659-6767 phone
 713-759-6830 fax
Holcim (US) Inc. 1, 3, 6, 8, 12, 13, 15, Registered Service Agent:
 18, 19-21, 24, 26-28, CT Corporation System
 31, 34, 60-62, 68, 70 350 N. St. Paul Street
 Dallas, TX 75201
Humble Sand Gravel, Inc. 1, 3-21, 23-24, 26-28, Joe Michael Dodson
 31-34, 38-40, 45, 46, Dodson Law Offices, P.C.
 53-55, 59-63, 65, 68, 8245 Gladys, Suite 102
 70-71 Beaumont, TX 77706
 409-861-4141 phone
 409-861-0033 fax
Huntsman Chemical Oil Corporation 30 Registered Service Agent:
 Jack F. Ridgeway
 2200 Alamo National Building
 San Antonio, TX 78205
 *Page 537 

Ideal Basic Industries, Inc. 4, 5, 7, 9, 11, 14, 17, Edward J. Hennessy
 23, 25, 29-30, 32, 35-43, Hennessy, Gardner Barth
 45, 46, 48, 51, 52, 502 Caroline, Suite 300
 54-57, 59, 63, 65-67, Houston, TX 77002-3594
 69, 72 713-224-5066 phone
 713-224-5055 fax
Illinois Tool Works, Inc. 10 Registered Service Agent:
 CT Corporation System
 1021 Main Street, Suite 1150
 Houston, TX 77002
IMO Industries, Inc. as successor to and 2, 64 Gardere Wynne Sewell, LLP
f/k/a Delaval Turbine, Transamerica 1000 Louisiana, Suite 3400
Delaval and IMO Delaval Houston, TX 77002-5007
 (713) 276-5500 phone
 (713) 276-5555 fax
Independent Gravel Company 59 Registered Service Agent:
 Eugene Hatfield
 223 West 3rd Street
 Joplin, MO 64801
Ingersoll-Rand Company 1-6, 7-15, 17-32, 34-40, Tom Tardy
 41, 42, 43, 45, 46, 48, ttardy@fpwk.com
 52-70, 72 John Parsons
 parsonsip@fpwk.com
 Laura A. Frase
 lafrase@fpwk.com
 Forman, Perry, Watkins, Krutz Tardy, PLLC
 2001 Bryan Street, Suite 1300
 Dallas, TX 75201-3008
 214-905-2924 phone
 214-905-3976 fax
Inland Manufacturing Company 59 Registered Service Agent:
 Louis E. Lipp
 900 Woodman Tower
 Omaha, NE 68102
International Paint, Inc., and as succes- 2 Principle Place of Business:
sors in interest to Insul-Mastic Corpora- 400 South 13th Street
tion of America, Courtaulds Coatings, Louisville, Kentucky 40203
Inc. and Porter Paint Co.
J. Graves Insulation Co., Inc. f/k/a 2 Kent M. Adams
Graves — Aber Insulation Company kentadams@adamscoffey.com
 Adams Coffey, P.C.
 1010 Lamar, Suite 901
 Houston, Texas 77002
 713-659-6767 phone
 713-759-6830 fax
J. Ray McDermott Inc 59 Principle Place of Business:
 757 N. Eldridge Pkwy
 Houston, Texas 77079-4492
 281-870-5000 phone
Jay Bludworth Inc. 59 Registered Service Agent:
 L. Don Knight
 8100 Washington Avenue, Suite 1000
 Houston, TX 77007
JEBCO Abrasives; f/k/a J-B Sand 1, 3-8, 11-15, 17-21, Patrick M. Martinez
 Gravel 24-29, 31, 32, 34, 37-43, Hermansen, McKibben, Woolsey
 53, 60-63, 68, 70 Villarcal, L.L.P.
 1100 Tower II
 555 North Carancahua
 Corpus Christi, TX 78478
 361-882-6611 phone
 361-883-8353 fax
JOBE Concrete Products, Inc. 8, 20 Registered Service Agent:
 Stanley P. Jobe
 # 1 McKelligon Canyon Road
 El Paso, TX 79930
 *Page 538 

John Barton d/b/a JB Industrial Sand 10, 25, 33, 59 Tom Hermansen
 Patrick Martinez
 Hunt, Hermansen, McKibben Villarreal
 1100 Tower II
 555 North Carancahua
 Corpus Christi, TX 78478
 361-882-6611 phone
 361-883-8353 fax
John Crane Company, f/k/a John 2 Scott C. Skelton
Crane-Houdaille, Inc. f/k/a Crane Packing sskelton@zeleskey.com
Company Zeleskey, Cornelius, Hallmark, Roper
 Hicks, L.L.P.
 1616 South Chestnut Street
 P.O. Drawer 1728
 Lufkin, Texas 75902-1728
 936-632-3381 phone
 936-632-6545 fax
Kaiser-Gypsum Company, Inc. 2 Gary D. Elliston
 gelliston@dehay.com
 DeHay Elliston, LLP
 NationsBank Plaza
 901 Main Street, Suite 3500
 Dallas, TX 75202-3736
 214-210-2400 phone
 214-210-2500 fax
Kelly Oil Company d/b/a KOC 54 Registered Service Agent:
Corporation C.T. Corporation Systems
 350 N. St. Paul
 Dallas, TX 75201
Kentube Division of Tranter, Inc. 2 Principle Place of Business:
 735 E. Hazel Street
 Lansing, Michigan 48912
Key Houston, Inc. 1, 3-8, 11-15, 17-21, R. Stephen Ferrell
 24-29, 31, 32, 34, 37-43, webmaster@gbltx.com
 51, 53, 59-63, 65, Glessel, Barker Lyman
 68, 70-72 2700 Two Houston Center
 909 Fannin Street
 Houston, TX 77010
 713-759-1990 phone
 713-652-2419 fax
K-M Industries Holding Company, Inc. 2 Todd Wade
f/k/a Kelly-Moore Paint Company, Inc. twade@mailbmc.com
 Brown, McCarroll Oaks Hartline, LLP
 111 Congress Avenue, Suite 1215
 Austin, TX 78701
 512-472-5456 phone
 512-479-1155 fax
 512-479-9791
Krueger 2 Principle Place of Business:
 1401 N. Plano Road
 Richardson, TX 750801
Lamons Metal Gaskets Co. 2 Michael T. Crawford
 mcrawford@rameyflock.com
 Ramey Flock, PC
 100 East Ferguson, Suite 500
 Tyler, TX 75702
 903-597-3301 phone
 903-597-2413 fax
LGS Technologies, L.P., f/k/a Longhorn 2 Marcus A. Carroll, P.C.
Gasket Sup. Co. 909 ESE Loop 323
 Suite 215
 Tyler, Texas 75701
 (903) 561-9700
 (903) 561-9715
 *Page 539 

Lockheed Martin Corporation Successor 5, 17, 29, 32, 35, 36, Michael G. Oddo
in interest to Martin Marietta Materials 38-40, 59, 69, 72 Henry Oddo Austin Fletcher
f/k/a Martin Marietta Aggregates 1700 Pacific Avenue
 Suite 2700
 Dallas, TX 75201
 214-658-1900 phone
 214-658-1919 fax
Logan Whaley Company 35 Registered Service Agent:
 Thomas L. Whaley
 No. 109 E. Austin Street
 Marshall, TX
Lone Star Industries, Inc. 1, 3-54, 56-63, 66-72 Jerry Kacal
 jkacal@kalpc.com
 Kacal, Adams Law
 One Riverway, Suite 1200
 Houston, TX 77056
 713-529-3992 phone
 713-529-8161 fax
Louis M. Gerson Co., Inc. 1, 3-22, 24-34, 37-43, James L. Ware
 45, 46, 51, 54-57, 59-65, jware@sswpc.com
 68, 70-72 Sheehy, Serpe, Ware
 2500 Two Houston Center
 909 Fannin Street
 Houston, TX 77010-1003
 713-951-1000 (phone)
 713-951-1199 (fax)
MA Bell Company 5, 6, 13, 17, 24, 27, 29, Ellen G. Reynard
 31, 32, 34, 38-40, 53, Adams Coffey
 58, 61 550 Fannin, Suite 800
 P.O. Box 7505
 Beaumont, TX 77726
 409-838-6767 phone
 409-838-6950 fax
Marathon Oil Corporation 46 Not known
Market Forge Industries, Inc. 2 Registered Service Agent:
 Jane Bimber
 36 S. Margaret Street
 Dorchester, MA 02125
Martindale Electric Company 38-40 Home Office:
 Martindale Electric Company
 1365 Bird Avenue
 Cleveland, OH 44107
McJunkin Corporation 2 Principal Place of Business:
 835 Hillcrest Drive
 Charleston, VA 25311
Meaux Sandblasting L.L.C. 59 Registered Service Agent:
 CT Corporation Systems
 350 North St. Paul Street, Suite 2900
 Dallas, TX 75201
MED-SAFE, Inc. 35 Principle Place of Business:
 2830 Center Street
 Deer Park, TX 77536
MetLife, Inc., a/k/a Metropolitan Life 2, 64 Ken Rhodes
Insurance Co. kdrhodes@dkapl.com
 Dunn, Kacal, Adams, Pappas Law,
 A Professional Corporation
 One Riverway, Suite 1200
 Houston, TX 77056
 713-529-3992 phone
 713-418-3679 fax
Mine Safety Appliances Co. 1, 2-29, 31-40, 42-46, Ronald Hancock
 48-56, 58-72 rhancock@mhn-law.com
 Nelson, McCormick, Hancock Newton
 3D/International Tower
 *Page 540 

 1900 West Loop South, Suite 700
 Houston, TX 77027
 713-297-0700 phone
 713-297-0768 fax
Missouri Pacific Railroad, Union Pacific 24 Deborah A. Newman
Railroad Company Robert H. Nebel
 Phelps Dunbar, L.L.P.
 3040 Post Oak Blvd, Suite 900
 Houston, TX 77056
 713-626-1386 phone
 713-626-1388 fax
Mobile Oil Corporation 45 Not known
Moldex-Metric, Inc. 1, 3-8, 10-15, 17-29, Ellen Reynard
 31-34, 37-43, 45, 51-53, Adams Coffey, P.C.
 59-65, 68, 70-71 550 Fannin, Suite 800
 P.O. Box 7505
 Beaumont, TX 77726-7505
 409-838-6767 phone
 409-838-6950 fax
Morie Company, Inc. 6, 13, 15, 21, 24, 31, J.D. Bashline
 38-40 jdbashline@MAPALaw.com
 McLeod, Alexander, Powel Apffel, P.C.
 344 Onyx Building
 172225 El Camino
 Houston, TX 77058
 281-486-1888 phone
 281-486-4888 fax
Morton International, Inc. 54, 55 Registered Service Agent:
 C.T. Corporation System
 1635 Market Street
 Philadelphia, PA 19103
Motiva Company 30 Registered Service Agent:
 C.T. Corporation System
 350 N. St. Paul
 Dallas, TX 75201
N.L. Industries, Inc. 35, 53, 66-67 Registered Service Agent:
 Prentice-Hall Corporation System
 800 Brazos
 Austin, TX 78701
North Safety Products, Inc. f/k/a Siebe 1, 3-8, 10-15, 18, 19-24, Christopher Groves
North, Inc.; 26-31, 34-41, 45, Jones, Day, Reavis Pogue
 47, 48, 52, 59-63, 65-72 2727 North Harwood Street
 Dallas, TX 75201
 214-220-3939 phone
 214-969-5100 fax
Northeast Industries, Inc. 59 Registered Service Agent:
 Rupender Lokareddy
 24900 Pitkin, Suite 500
 Spring, TX 77386
Norton Company a/k/a Saint-Gobain 1, 3-8, 11-15, 17-24, Christopher Groves
Abrasives Inc.; a/k/a Carborundum 26-33, 35-41, 45, 52, Terese M. Murphy
Abrasives Company 53, 59-72 Jones, Day, Reavis Pogue
 2727 North Harwood Street
 Dallas, TX 75201
 214-220-3939 phone
 214-969-5100 fax
Occidental Chemical Corporation 56 Registered Service Agent:
 C.T. Corporation Systems
 350 N. St. Paul
 Dallas, TX 75201
Oglebay Norton Industrial Sands, Inc.; 4-6, 7-11, 14, 20, 22-25, Thomas B. Taylor
successor in interest to Ferro Engineering; 27, 30, 32, 37-40, Taylor Warren, L.L.P.
f/k/a Texas Mining Co., L.P. 41, 42, 43, 46, 48, 51, 1300 Three Allen Center
 54, 55, 60-62, 65, 68, 333 Clay Street
 *Page 541 

 70, 71 Houston, TX 77002
 713-658-1800 phone
 713-658-1885 fax
Oriental Gasket Packing, Co. 2 John Dolezal
 dolezal@sbf-law.com
 Stevens, Baldo Freeman
 P.O. Box 4950
 Beaumont, TX 77704
 40-835-5200 phone
 409-838-5638 fax
Owens-Illinois, Inc 2, 64 Randy Burns
 Baker, Botts, L.L.P. — Dallas
 800 Trammell Crow Center
 2001 Ross Avenue
 Dallas, TX 75201-2980
 214-953-6500 phone
 214-953-6503 fax
P.K. Lindsay Company 1, 3-8, 10-15, 17-21, Kent M. Adams
 24-29, 31-34, 37-43, kentadams@adamscoffey.com
 45, 59-60, 62-63, 65, Adams Coffey, P.C.
 68, 70, 72 1010 Lamar, Suite 901
 Houston, Texas 77002
 713-659-6767 phone
 713-759-6830 fax
Palo Alto Silica Sand, Inc. 1-3, 6, 9, 13, 17, 19, Karen Maston
 24-28, 31, 32, 37, 41-43, Connelly, Baker, Wotring Jackson
 68, 70, 72 700 Louisiana, Suite 1850
 Houston, Texas 77002-4916
 713-980-1700 phone
 713-980-1701 fax
Pangborn Corporation, The 1, 3-8, 10-21, 24, 26-29, Barbara J. Barron
 31-36, 38-40, 48, Mehaffy Weber
 51-53, 59-72 2615 Calder Avenue
 P.O. Box 16
 Beaumont, TX 77704
 409-835-5011 phone
 409-835-5177 fax
Parmelee Industries, Inc., a/k/a U.S. 1, 3-15, 18-29, 31, 34-52, Lori Elliott
Safety Products Inc., in its own right 59-72 David Craig Landin
and as successor to CESCO Safety dlandin@hunton.com
Product Company; d/b/a CESCO Safety Hunton Williams, L.L.P.
Products Company Riverfront Plaza, East Tower
 915 E. Byrd Street
 Richmond, VA 23219-4074
 757-640-5300 phone
 757-625-7720 fax
Pauli Griffin Company 1, 3-14, 18-21, 23-30, Eva D. Geer
 31, 34-43, 45, 46, 48, Meyer, Knight Williams
 51, 52, 54, 57, 59-72 8100 Washington Avenue
 Suite 1000
 Houston, TX 77007
 713-868-2222 phone
 713-868-2262 fax
Peter Kiewit Sons Inc. dba Kiewit 59 Registered Service Agent:
Offshore Services CT Corporation Systems
 350 North St. Paul
 Street, Suite 2900
 Dallas, TX 75201
Petrochemical Corporation of America 37 Not known
Pfizer, Inc. 2, 64 DeHay Elliston
 3500 Bank of America Plaza
 901 Main Street
 Dallas, Texas 75202-3736
 (214) 210-2400 phone
 (214) 210-2500 fax
 *Page 542 

Piping Companies, Inc. f/k/a Piping 2 Corporate Officer:
Engineering Co., Inc. 5151 San Felipe Street, Suite 1600
 Houston, TX 77056
Polley, Inc. a/k/a Kelco Sales 1, 3-8, 10-15, 17-21, Ryan Benson
Engineering Company 24-29, 31-44, 48, 51, Spain Hastings
 52, 59-70, 72 Two Houston Center
 909 Fannin, Suite 3900
 Houston, TX 77010
 713-650-9700 phone
 713-650-9701 fax
 Tammy L. Essing
 Beason Willingham, L.L.P.
 Niels Esperson Building
 808 Travis Street, Suite 1608
 Houston, TX 77002
 713-333-7600 phone
 713-333-7601 fax
Polymer Corporation 54, 55 Corporate Officer:
 2120 Fairmont Avenue
 Redding, PA 19605
Porter Warner Industries, L.L.C. 29, 35, 38-40, 66-67 Mehaffy Weber
 2615 Calder Avenue
 P.O. Box 16
 Beaumont, Texas 77704
 (409) 835-5011 phone
 (409) 835-5177 fax
PPG Industries, Inc. 17, 32 Jerry Kacal
 jkacal@dkapl.com
 Dunn, Kacal, Adams, Pappas Law, P.C.
 One Riverway, Suite 1200
 Houston, TX 77056
 713-529-3992 phone
 713-529-8161 fax
Pratt Lambert United, Inc. 54, 55 Registered Service Agent:
 C.T. Corporation Systems
 350 N. St. Paul
 Dallas, TX 75201
Precision Packing Inc. 10, 32 Registered Service Agent:
 The Corporation Company
 425 West Capitol Avenue, Suite 1700
 Little Rock, Arkansas 72201
Premcor Refining 30 Home Address:
 1700 E. Putnam, Suite 400
 Old Greenwich, CT 06870
Pro-Tech Respirators, Inc., f/k/a 10, 38-40, 59 Frank Luccia
H.S. Cover Luccia Evens
 8 Greenway Plaza, Suite 1450
 Houston, TX 77046
 713-629-0002 phone
 713-629-0004 fax
Protherm Services Group 59 Registered Service Agent:
 Carey Scott Davis
 1415 Louisiana, Suite, 22nd Floor
 Houston, TX 77002
Pullman, Inc. 2 Registered Service Agent:
 182 Nassau Street, 3rd Floor
 Princeton, NJ 08540
Pulmosan Safety Equipment 1, 3-9, 11-15, 17-22, Clinton Phillips
Corporation 24-32, 34-46, 48, 51-55, johnsonned@jfpplaw.com
 59-63, 65-72 Johnson, Ferguson, Pipkin Phillips
 4900 Woodway, Suite 1100
 Houston, TX 77056
 *Page 543 

 713-961-3730 phone
 713-961-5438 fax
Pyramex Safety Products LLC 60-62, 68, 70 Principle Place of Business:
 281 A Moore Lane
 Collierville, TN 38017
Quatro Products Corporation 54, 55 Registered Service Agent:
 James Phillip Fouche
 3220 Kermit Highway
 Odessa, TX 79764
Quikrete Companies Inc. 10, 16, 33, 58 Kevin L. Colbert
 kcolbert@gardere.com
 Gardere Wynne Sewell LLP
 1000 Louisiana, Suite 3400
 Houston, TX 77002-5007
 713-276-5500 phone
 713-276-5555 fax
Quincy Compressor, a division of 35-36, 48, 52, 59-62, Home Office:
ENPRO Industries 68-69, 72 Manager for Service of Process
 P.O. Box C2
 Quincy, IL 62305-3116
Racal Health and Safety Products, Inc. 10 Mark J. Dyer
 mdyer@fhmlaw.com
 Fanning Harper Martinson
 Two Energy Square
 4849 Greenville Avenue, Suite 1300
 Dallas, TX 75206
 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 phone
 214-987-9649 fax
Rama Fabrication, Inc. 54 Registered Service Agent:
 Ronnie Rains
 7141 Club Drive
 Odessa, TX 79762
Ransburg Corporation f/k/a Devilbiss 5, 17, 22, 29, 32, 35-41, Michael Walzel
Company 45, 48, 52, 53, 59, 65-67, walzel@sbf-law.com
 69, 71-72 Stevens, Baldo Freeman, L.L.P.
 550 Fannin, Suite 400
 P.O. Box 4950
 Beaumont, TX 77704
 409-835-5200 phone
 409-838-5638 fax
Richard Klinger, Inc. 2 Principle Place of Business:
 229 S. State Street
 Dover, Delaware 19901-6727
RPM International Inc., successor to 10, 16, 33 Principle Place Business:
Bondo Corporation 2628 Pearl Road
 Medina, Ohio 44258
Ruemelin Manufacturing Company, Inc. 4, 5, 7, 11, 14, 38-40, Lynne Ford
 53, 59, 63, 65 Phillips Akers
 3400 Phoenix Tower
 3200 Southwest Freeway
 Houston, TX 77027
 713-552-9595 phone
 713-552-0231 fax
 Vanessa Vance
 McGlinchey Stafford, PLLC
 1001 McKinney, Suite 1500
 Houston, TX 77002
 713-520-1900 phone
 713-520-1025 fax
Sammons BW, Inc. f/k/a Briggs Weaver, 5, 6, 25, 29, 35, 37-43, George P. Pappas
Inc. 48, 52, 64-67, 71-72 gpappas@sswpc.com
 Sheehy, Serpe Ware
 2500 Two Houston Center
 909 Fannin Street
 *Page 544 

 Houston, TX 77010
 713-951-1000 phone
 713-951-1199 fax
Sand Express 71 Registered Service Agent:
 Melynda Phillips
 Farm 3162
 Sandia, TX 78383
Sanstorm, Inc. 4, 5, 7, 10, 11, 14, 16, Hubert Oxford, III
 17, 25, 29-30, 32, 33, hubertoxford@benoxford.com
 37-43, 45, 46, 49-57, Benckenstein Oxford, L.L.P.
 59, 63, 65, 71-72 P.O. Box 150
 3535 Calder Avenue, Suite 300
 Beaumont, TX 77706
 409-833-9182 phone
 409-833-8819 fax
Santa Rosa Oil Company 54 Registered Service Agent:
 Elliott Roosevelt, Jr.
 2626 Cole Avenue, Suite 600
 Dallas, TX
Saxon Oil Corporation 46 Not known
Schmidt Manufacturing, Inc. 1, 3-8, 10-15, 17-21, Andrew Oretsky
 24-32, 34-43, 45, 46, aoretsky@do-law.com
 48, 51-54, 56, 59-63, Davis, Oretsky Guilfoyle, P.C.
 65-72 1415 Louisiana, Suite 4200
 Houston, TX 77002
 713-659-1010 phone
 713-659-1122 fax
Schramm, Inc. 1, 3, 4-6, 7, 8, 10-15, Jeffrey Roberts
 17-21, 24, 26-29, 31-33, jroberts@rmgattorneys.com
 35-36, 38-40, 59-63, Roberts, Markel, Guerry, P.C.
 66-70, 72 2500 City West Blvd., Ste. 1350
 Houston, TX 77042
 713-840-1666 phone
 713-840-9404 fax
Scott Health and Safety Products 58 Principle Place of Business:
 302 W. Crowell Street
 Monroe, NV 28112-4649
Sears, Roebuck and Company 2 Registered Service Agent:
 3333 Beverly Road, D768 Tax BS-220
 Hoffman Estates, Illinois 60179
Sellstrom Manufacturing Co. 10, 59 Adam Fox
 adam.fox@strasburger.com
 Strasburger Price, L.L.P.
 901 Main Street, Suite 4300
 Dallas, TX 75202
 214-651-4873 phone
 214-651-4330 fax
Shell Oil Company 54, 59 Registered Service Agent:
 Corporation Service Company
 701 Brazos Street, Suite 1050
 Austin, TX 78701
Sherwin-Williams Co. 2, 64 David Ledyard
 Strong, Pipkin, Bissell Ledyard, LLP
 1400 San Jacinto Bldg.
 595 Orleans
 Beaumont, TX 77701
 409-951-1000 phone
 409-951-1010 fax
Sim-Chem 2 Registered Service Agent:
 29777 Telegraph Road, Suite 2377
 Southfield, Michigan 48034
Sly, Inc., f/k/a W.W. Sly Manufacturing 10, 29, 38-40 M. Scott Pyle
Company pylems@fpwk.com
 *Page 545 

 Forman, Perry, Watkins, Krutz Tardy
 2001 Bryan Street, Suite 1300
 Dallas, TX 75201
 214-905-2924 phone
 214-905-3976 fax
Sohio, individually and as successor in 1-6, 8, 11-15, 17-21, Jeff Work
interest to Industrial Holdings Co. f/k/a 24, 26-29, 31, 32, 34, JWork@BMPllp.com
The Carborundum Company; UNIFRAX 35, 38-40, 53, 60-64, Beirne, Maynard Parsons, LLP
Corporation successor of The 66-68, 70, 72 1300 Post Oak Boulevard, 25th Floor
Carborundum Company Houston, TX 77056
 713-960-7367 phone
 713-960-1527 fax
Southern Heat Exchanger Corporation 2 Registered Service Agent:
Company 6100 Old Montgomery Highway
 Tuscaloosa, Alabama 35403
Southern Silica of Louisiana, Inc. 1, 3-7, 10-15, 18, 19, Robert Rose, Sr.
 21, 24, 26-29, 31, 33, Timacus Rose, L.L.P.
 34, 38-40, 44, 60-63, 1612 IH
 10 South 65, 68, 70 Beaumont, TX 77707
 409-835-7300 phone
 409-840-5607 fax
Southwestern Refining Company 56, 65 Registered Service Agent:
 C.T. Corporation Systems
 350 N. St. Paul
 Dallas, TX 75201
Specialty Sand Company 1, 3-8, 10-15, 17-22, William Coffey, Jr.
 24-30, 31, 33-45, 48, Adams Coffey
 51-53, 56, 59-63, 65-72 550 Fannin, Suite 800
 Beaumont, TX 77701
 409-838-6767 phone
 409-838-6950 fax
 Mark R. Pickering
 Adams Coffey
 550 Fannin, Suite 800
 Beaumont, TX 77701
 409-838-6767 phone
 409-838-6950 fax
Sprayed Insulation Acoustics, Inc. 2 Process Address:
 Prentice Hall, Inc., 70 5th Ave.
 New York, N.Y. 10011
Sprayon Insulation Acoustics, Inc. 2 Process Address:
 120 Broadway, Room 332
 New York, N.Y. 10011
Standard Sand Silica Company 10, 16, 22, 33 BrownSimms, P.C.
 Tenth Floor
 1177 West Loop
 South Houston, Texas 77027-9007
 (713) 629-1580 phone
 (713) 629-5027 fax
STP Nuclear Operating Company 43 Not known
Struthers Wells Corporation 2 Registered Service Agent:
 1009 Pennsylvania Ave.
 West Warren, PA
Sullair Corporation 1, 3-14, 17-22, 24, 26, Willard Tinsley
 27, 28-30, 31, 33-40, Funderburk Funderburk, L.L.P.
 42, 45, 48-52, 54, 56, 1000 Riviana Building
 58-70, 72 2777 Allen Parkway
 Houston, TX 77019-22178
 713-526-1801 phone
 713-526-2708 fax
Sunoco, Inc. 30 Michael L. Baker
 Strong, Pipkin, Bissell Ledyard, LLP
 1400 San Jacinto Bldg.
 *Page 546 

 595 Orleans
 Beaumont, TX 77701
Survivair, Inc. 4, 5, 7, 11, 14, 17, 25, Hubert Oxford, III
 29, 37-40, 41, 42, 43, hubertoxford@benoxford.com
 45, 51, 56, 63, 65, 72 Benckenstein Oxford, L.L.P.
 P.O. Box 150
 3535 Calder Avenue, Suite 300
 Beaumont, TX 77706
 409-833-9182 phone
 409-833-8819 fax
Tackaberry Company 17, 32, 53 William Book
 David Burns
 Tekell, Book, Mathews Limmer, LLP
 4300 One Houston Center
 1221 McKinney
 Houston, TX 77010
 713-222-9542 phone
 713-655-7727 fax
Taylor Rental Center 25, 37, 41, 43 Home Office:
 2554 Boca Chica
 Brownsville, TX
Tejas Rental Leasing, Inc. 25, 37, 41, 42, 43 Registered Service Agent:
 Leroy Kittle
 711 N. Cage
 Pharr, TX
Tejas Rentals Corporation 25, 37, 41, 42, 43 Registered Service Agent:
 Jimmy C. Payton
 301 E. Kidd
 Iredell, TX 76649
Tetra Tech FW, Inc. 10 Registered Service Agent:
 C T Corporation System
 350 N. St. Paul Street
 Dallas, TX 75201
Texaco Refining Marketing, Inc. 9, 30 Registered Service Agent:
 Prentice Hall Corporation System
 800 Brazos Street, Suite 750
 Austin, TX 78701-2554
Texas Foundries, Inc. 17, 32 Registered Service Agent:
 Harry Phillips
 3901 Hemp Hill Street
 Fort Worth, TX 76113
Texas Industries, Inc., a/k/a 10 Registered Service Agent:
Tee-Minerals, Inc. C T Corporation System
 350 N. St. Paul Street
 Dallas, TX 75201
Textron, Inc. 10, 23, 39, 30, 35-41, Christopher Groves
 45, 48, 52, 59, 65-67, Jones, Day, Reavis Pogue
 69, 71, 72 2727 North Harwood Street
 Dallas, TX 75201
 214-220-3939 phone
 214-969-5100 fax
The Gates Corporation aka the Gates 59 Principle Place of Business:
Rubber Company 900 S. Broadway
 Denver, CO 80217-5887
 303-744-4496 phone
 303-744-4600 fax
Thompson's Specialties, Inc. 9, 56 Registered Service Agent:
 R.K. Thompson
 411 West Second Street
 Odessa, TX 79761
Thorstenberg Materials Company 1, 3-9, 11-15, 17-21, Edward J. Hennessy
 23-30-32, 34-43, 45, Hennessy, Gardner Barth
 46, 48, 51-57, 59-63, 502 Caroline, Suite 300
 *Page 547 

 65, 68-71-72 Houston, TX 77002-3594
 713-224-5066 phone
 713-224-5055 fax
Tide Port Petroleum, Inc 59 Registered Service Agent:
 Lance K. Bruun
 7111 North Caranchua, Suite 802
 Corpus Christi, TX 78475
Tide-Air, Inc. 54, 55 Registered Service Agent:
 C.T. Corporation Systems
 1021 Main Street, Suite 1150
 Houston, TX 77002
Titan Machinery, Inc. 9, 54, 56 Registered Service Agent:
 J.S. Steward
 # 6 West Industrial Circle
 Odessa, TX 79761
Tower Iron Works, Inc. 2 Registered Service Agent:
 CT Corporation System
 101 Federal Street
 Boston, Massachusetts 02110
Triangle Supply Company 2 Principle Place of Business:
 P.O. Box 59307
 Dallas, TX 75229
Tribo Petroleum nka Tri-Union 59 Registered Service Agent:
Development Corporation James M. Trimble
 530 Lovett Blvd.
 Houston, TX 77006
Triplex, Inc., f/k/a Triplex Rubber and 2, 38-40, 64 Michael R. Walzel
Supply Co. and Triplex Rubber walzel@sbf-law.com
Supply Co. of Shreveport Stevens, Baldo Freeman LLP
 550 Fannin Street, Suite 400
 Beaumont, TX 77701
 409-835-5200 phone
 409-838-5638 fax
Troylit North America, Inc. 1, 3-7, 11-15, 18-21, Cozzen O'Connor
 24, 26-28, 31, 60-63, 2300 BankOne Center
 68, 70 1717 Main Street
 Dallas, Texas 75201
Truman's, Inc. 1, 3-8, 10-15, 17-21, Ryan Benson
 24, 26-29, 31, 32, 34, Spain Hastings
 38-40, 60-64, 68, 70, Two Houston Center
 72 909 Fannin, Suite 3900
 Houston, TX 77010
 713-650-9700 phone
 713-650-9701 fax
T-Tex Supply, Inc.; T-Tex Sales, Inc. 16, 47, 49, 50, 60-62, Thomas B. Taylor
 68, 70 Taylor Warren, L.L.P.
 1330 Three Allen Center
 333 Clay Street
 Houston, TX 77002
 713-658-1800 phone
 713-658-1885 fax
Twentieth Century Fox Film 38 Registered Service Agent:
Corporation United States Corporation Company
 701 Brazos Street, Suite 1050
 Austin, TX 78701
Twin City Fan Companies 60-62, 68, 70 Principle Place of Business:
 5959 Trenton Lane North
 Minneapolis, MN 55442-3237
 763-551-7600 phone
 763-551-7601 fax
TXI Operations, LP dba TEC Minerals 71 Registered Service Agent:
 CT Corporation Systems
 *Page 548 

 350 North St. Paul Street, Suite 2900
 Dallas, TX 75201
U.S. Filter/Wheelabrator Frye, Inc. f/k/a 2, 6, 35, 38-40 Home Office:
Permutit, Inc. US Steel Building, 38th Floor
 Pittsburgh, PA 15219
U.S. Silica Company f/k/a Pennsylvania 1, 3-15, 17-21, 23-24, David Sharp
Glass Company, Successor in interest to 26-29, 31, 32, 34-36, DSharp@BMPllp.com
the Ottawa Silica Company 38-41, 45, 48, 53, 54, Beirne, Maynard Parsons, L.L.P.
 56, 59-63, 65-70, 72 1300 Post Oak Blvd., Suite 2500
 Houston, TX 77056-3000
 713-623-0887 phone
 713-960-1527 fax
Unimin Corporation 4-7, 10, 11, 14, 21, 29, J.D. Bashline
 31, 38-40, 72 jdbashline@MAPALaw.com
 McLeod, Alexander, Powel Apffel, P.C.
 344 Onyx Building
 172225 El Camino
 Houston, TX 77058
 281-486-1888 phone
 281-486-4888 fax
Union Carbide Corporation 1, 2, 17, 26, 32, 53, 64 Gary Elliston
 gelliston@dehay.com
 DeHay Elliston, L.L.P.
 3500 Bank of America Plaza
 901 Main Street
 Dallas, TX 75202-3736
 214-210-2400 phone
 214-210-2500 fax
Uniroyal, Inc. a/k/a Clayton 2, 64 Laura Sander Brown
 Dublier, Inc. lsbrown@fpwk.com
 Forman, Perry, Watkins, Krutz Tardy
 One Jackson Place, Suite 1200
 P.O. Box 22608
 Jackson, MS 39225-2608
 601-960-8600 phone
 960-8613 fax
United Rental (North America) Inc dba 59 Principle Place of Business:
United Equipment Rentals fka Brown United Rentals, Inc.
Rental Equipment Company Inc. Five Greenwich Office Park
 Third Floor
 Greenwich, CT 06830
 203-622-3131 phone
 203-622-6080 fax
United States Filter Corporation 35 Principle Place of Business:
 Richard Heckmann, Chief Executive Officer
 40-004 Cook Street
 Palm Desert, California 92211
United Technologies 2 Principal Place of Business:
 United Technologies Building
 One Financial Plaza
 Hartford, Connecticut 06101
USF Surface Preparation Group 29, 59 Davis Oretsky
 1415 Louisiana, Suite 4200
 Houston, Texas 77002
 (713) 659-1010 phone
 (713) 659-1122 fax
Valero Energy Corporation 58, 59 Registered Service Agent:
 CT Corporation System
 1021 Main Street, Suite 1150
 Houston, TX 77002
Vallen Corporation a/k/a Vallen Safety 1, 3-9, 11-15, 17-21, David Brill
Supply 23-32, 34, 35, 37-43, Brill Associates, P.C.
 53, 54, 56, 59-60, 62-63 602 Sawyer, Suite 490
 65-68, 70-72 Houston, TX 77007
 *Page 549 

 713-863-0579 phone
 713-863-0564 fax
Valley Steel Pipe Company 25, 37, 41, 42, 43 Registered Service Agent:
 Lawrence Thompson
 W. Hwy 83 Harlingen, TX
Vitro Chemicals, Fibers Mining, Inc. 33 Registered Service Agent:
 CT Corporation System
 1021 Main Street, Suite 1150
 Houston, TX 77002
Vulcan Materials Company 4-11, 14, 20, 23, 24, 27, W. Bruce Williams
 29, 31, 54, 55, 59, 63 bwilliams@cbtd.com
 Cotton, Bledsoe, Tighe Dawson
 500 West Illinois, Suite 300
 PO Box 2776
 Midland, TX 79702-2776
 915-684-5782 phone
 915-682-3672 fax
Warren Pumps, Inc. 2, 64 Principal Place of Business:
 82 Brides Avenue, P.O. Box 969
 Warren, Massachusetts 01083-0969
Wedron Silica Company, Inc. 17, 32, 38-40, 53, 65 Jerry C. Parker
 jparker@sammons-parker.com
 Jeffery J. Shaver
 jshaver@sammons-parker.com
 Reid W. Martin
 rmartin@sammons-parker.com
 Sammons Parker
 218 N. College
 Tyler, TX 75702
 903-595-4541 phone
 903-595-3766 fax
Wesco Refractories, Inc. 17, 32, 35 Robert E. Thackston
 rthackston@hplegal.com
 Hawkins, Parnell Thackston
 4514 Cole Avenue, Suite 550
 Dallas, Texas 75205
 214-780-5100 phone
 214-780-5200 fax
Wheelabrator Air Pollution Control 65 Andrew S. Oretsky
 Davis Oretsky LLP
 1415 Louisiana, Suite 4200
 Houston, Texas 77002
 713-659-1010 phone
 713-659-1122 fax
Wheeler Protective Apparel 38-40 Home Office:
 Registered Agent
 133 West Belmont
 Chicago, IL 60641
Zurn Industries 2, 64 Kyle C. Steele
 kcsteele@fpwk.com
 Forman, Perry, Watkins, Krutz Tardy, PLLC
 2001 Bryan Street, Suite 1300
 Dallas, TX 75201
 214-905-2924 phone
 214-905-3976 fax
 *Page 732